B03CV214   4

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1]   DATE: January 17, 2004 at 10:27 A... | |
| TITLE | George W. Balderas<br>Civil Processor |

United States District Court
Southern District of Texas
FILED

JAN 30 2004

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service:

☐ Served personally upon the defendant.

Place where served: 16292 Mayfield Road, Harlingen, Texas 78552

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Christina Martinez - wife

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

George W. Balderas
Signature of Server

P.O. Box 5206, M'Allen, Tx 78502-5206
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF NON-MILITARY STATUS

THE STATE OF TEXAS §
COUNTY OF Hidalgo §
§

BEFORE ME, the undersigned authority, on this day personally appeared George W. Balderas person having knowledge of the matters hereinafter set forth and who is personally known to me and first being duly sworn according to law, upon his oath deposed and said:

My name is George W. Balderas. I am over eighteen (18) years of age, I reside in Hidalgo County, Texas. I have never been convicted of a felony, and I am fully competent to make this Affidavit. I have personal knowledge of the facts stated herein, and they are all true and correct.

Leonel Martinez is not in the military services as a member of the Armed Forces of the United States of America. On January 17, 2002, I:

4 Gus

__ personally spoke to _____ and he/she indicated that he/she is not in the military services as a member of the Armed Forces of the United States of America;

✓ personally spoke to Christina Martinez - wife who indicated that they personally know Leonel Martinez and that he/she is not in the military services as a member of the Armed Forces of the United States of America;

_____
_____
_____

[If other, please explain facts showing non-military status]

x George W. Balderas
George W. Balderas [Printed Name of Affiant]

SUBSCRIBED AND SWORN TO BEFORE ME, on this the 21st day of January, 2004, to certify which witness my hand and official seal.

[Notary seal: Luis A. Saenz, My Commission Expires October 10, 2007]

NOTARY PUBLIC in and for
The State of Texas

## UNITED STATES DISTRICT COURT
### THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

DIRECTV, INC.

    Plaintiff

VS.

SUMMONS IN A CIVIL CASE:

CASE NUMBER: B-03-214

LEONEL MARTINEZ

    Defendant

TO: **LEONEL MARTINEZ**
**16292 Mayfield Road**
**Harlingen, Tx 78552**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

Lecia L. Chaney
Rodriguez, Colvin & Chaney
1201 E. Van Buren
P.O. Box 2155
Brownsville, Tx 78522-2155
(956) 542-7441
(956) 541-2071 fax

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK

11-20-03

DATE

_m perez_

BY DEPUTY CLERK