ORIGINAL

United States District Court
Southern District of Texas
FILED
FEB 1 2 2004
Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. CIV. B-03-214 |
| | § | |
| LEONEL MARTINEZ | § | |
| | § | |
| Defendant | § | |

## DEFENDANT'S ANSWER TO PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES, LEONEL MARTINEZ**, Defendant, in the above styled and numbered cause, and hereby makes and files this Answer to Plaintiff's Original Complaint of **DIRECTV, Inc.**, Plaintiff, and for such answer would respectfully show unto the Court as follows:

### ANSWERS AND DENIALS

The Defendant denies that it is liable to the Plaintiff, **DIRECTV, Inc.**, under any legal theories of liability and demands that they be required to prove their claims and allegations by preponderance of the credible evidence.

In specific answer to each paragraph in Plaintiff's Original Complaint, Defendant answers as follows:

1. Defendant denies the allegations contained in Paragraph 1 of the Plaintiff's Original Complaint.

2. Defendant denies the allegations contained in Paragraph 2 of the Plaintiff's Original Complaint.

3.  Defendant denies the allegations contained in Paragraph 3 of the Plaintiff's Original Complaint.

4.  Defendant denies the allegations contained in Paragraph 4 of the Plaintiff's Original Complaint.

5.  Defendant denies the allegations contained in Paragraph 5 of the Plaintiff's Original Complaint.

6.  Defendant denies the allegations contained in Paragraph 6 of the Plaintiff's Original Complaint.

7.  Defendant denies the allegations contained in Paragraph 7 of the Plaintiff's Original Complaint.

8.  Defendant denies the allegations contained in Paragraph 8 of the Plaintiff's Original Complaint.

9.  Defendant denies the allegations contained in Paragraph 9 of the Plaintiff's Original Complaint.

10. Defendant denies the allegations contained in Paragraph 10 of the Plaintiff's Original Complaint.

11. Defendant denies the allegations contained in Paragraph 11 of the Plaintiff's Original

14. Defendant denies the allegations contained in Paragraph 14 of the Plaintiff's Original Complaint.

15. Defendant denies the allegations contained in Paragraph 15 of the Plaintiff's Original Complaint.

16. Defendant denies the allegations contained in Paragraph 16 of the Plaintiff's Original Complaint.

17. Defendant admits the allegations contained in Paragraph 17 of the Plaintiff's Original Complaint.

18. Defendant denies the allegations contained in Paragraph 18 of the Plaintiff's Original Complaint.

19. Defendant denies the allegations contained in Paragraph 19 of the Plaintiff's Original Complaint.

20. Defendant denies the allegations contained in Paragraph 20 of the Plaintiff's Original Complaint.

21. Defendant denies the allegations contained in Paragraph 21 of the Plaintiff's Original Complaint.

22. Defendant denies the allegations contained in Paragraph 22 of the Plaintiff's Original Complaint.

23. Defendant denies the allegations contained in Paragraph 23 of the Plaintiff's Original Complaint.

24. Defendant denies the allegations contained in Paragraph 24 of the Plaintiff's Original Complaint.

25. Defendant denies the allegations contained in Paragraph 25 of the Plaintiff's Original Complaint.

26. Defendant denies the allegations contained in Paragraph 26 of the Plaintiff's Original Complaint.

27. Defendant denies the allegations contained in Paragraph 27 of the Plaintiff's Original Complaint.

28. Defendant denies the allegations contained in Paragraph 28 of the Plaintiff's Original Complaint.

29. Defendant denies the allegations contained in Paragraph 29 of the Plaintiff's Original Complaint.

30. Defendant denies the allegations contained in Paragraph 30 of the Plaintiff's Original Complaint.

31. Defendant denies the allegations contained in Paragraph 31 of the Plaintiff's Original Complaint.

32. Defendant denies the allegations contained in Paragraph 32 of the Plaintiff's Original Complaint.

33. Defendant denies the allegations contained in Paragraph 33 of the Plaintiff's Original Complaint.

34. Defendant denies the allegations contained in Paragraph 34 of the Plaintiff's Original Complaint.

35. Defendant denies the allegations contained in Paragraph 35 of the Plaintiff's Original Complaint.

36. Defendant denies the allegations contained in Paragraph 36 of the Plaintiff's Original Complaint.

37. Defendant denies the allegations contained in Paragraph 37 of the Plaintiff's Original Complaint.

38. Defendant denies the allegations contained in Paragraph 38 of the Plaintiff's Original Complaint.

39. Defendant denies the allegations contained in Paragraph 39 of the Plaintiff's Original Complaint.

40. Defendant denies the allegations contained in Paragraph 40 of the Plaintiff's Original Complaint.

41. Defendant denies the allegations contained in Paragraph 41 of the Plaintiff's Original Complaint.

42. Defendant denies the allegations contained in Paragraph 42 of the Plaintiff's Original Complaint.

43. Defendant denies the allegations contained in Paragraph 43 of the Plaintiff's Original Complaint.

44. Defendant denies the allegations contained in Paragraph 44 of the Plaintiff's Original Complaint.

45. Defendant denies the allegations contained in Paragraph 45 of the Plaintiff's Original Complaint.

46. Defendant denies the allegations contained in Paragraph 46 of the Plaintiff's Original Complaint.

47. Defendant denies the allegations contained in Paragraph 47 of the Plaintiff's Original Complaint.

48. Defendant denies the allegations contained in Paragraph 47 of the Plaintiff's Original Complaint.

49. Defendant denies the allegations contained in Paragraph 49 of the Plaintiff's Original Complaint.

50. Defendant denies the allegations contained in Paragraph 50 of the Plaintiff's Original Complaint.

51. Defendant denies the allegations contained in Paragraph 51 of the Plaintiff's Original Complaint.

52. Defendant denies the allegations contained in Paragraph 52 of the Plaintiff's Original Complaint.

53. Defendant denies the allegations contained in Paragraph 53 of the Plaintiff's Original Complaint.

**WHEREFORE, PREMISES CONSIDERED,** Defendant, **LEONEL MARTINEZ**, prays that upon final hearing hereof, that Plaintiff and all parties seeking affirmative relief from it take nothing by their suits and that the Court enter a judgment that it go hence without day with all its costs of Court and that it be granted such other and further relief, either at law or in equity, to which it may show itself justly entitled to receive.

Respectfully submitted,
**GARCIA, QUINTANILLA & PALACIOS**
5526 North Tenth Street
McAllen, Texas 78504
(956) 682-9477 Telephone
(956) 682-0223 Facsimile

_____
**JUAN "SONNY" PALACIOS, JR.**
**State Bar No. 24039100**
**Federal I.D. No. 35162**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above-foregoing documents has been on this the 3rd day of February, 2004, via Certified mail Return Receipt Requested has been forwarded to counsel of record as follows:

RODRIGUEZ, COLVIN & CHANEY, L.L.P.
Lecia L. Chaney
1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
TEL: (956) 542-7441
FAX: (956) 541-2170

_____
JUAN "SONNY" PALACIOS, JR.