COURTROOM MINUTES: **Felix Recio Judge Presiding**
                   Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | B Vasquez |
| CSO | : | Figueroa |
| Law Clerk | : | M Knicely |
| Interpreter | : | not needed |
| Date | : | **April 22, 2004 at 2:00 p.m.** |

United States District Court
Southern District of Texas
FILED

APR 2 2 2004

Michael N. Milby
Clerk of Court

CIVIL CASE NO. B-03-214

**DIRECTV, INC.**                *              Lecia Chaney

vs                               *

LEONEL Martinez                  *

### SCHEDULING CONFERNECE

Lecia Chaney present for Plaintiff;
Juan Palacios present for the defendant and has answered to the ;

Court addresses counsel as to the consideration of a 636;
Counsel execute form 636 in open Court;

Court sets Final Pretrial and Jury Selection for September 7, 2004, with Final Pretrial at 9:00 a.m.;

Scheduling order issued by the Court;

Court adjourned.