IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE TEXAS

United States District Court
Southern District of Texas
FILED

JUL 0 7 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTV, INC. | § | |
| Plaintiff, | § | |
| v. | § | No. CIV. B-03-214 |
| LEONEL MARTINEZ | § | |
| Defendants, | § | |

### RULE 11 AGREEMENT

Filed herewith is an agreement in accordance with Rule 11 of the Texas Rules of Civil Procedure.

Respectfully submitted,

GARCIA, QUINTANILLA & PALACIOS

By: _____
JUAN "SONNY" PALACIOS, JR.
Texas Bar No. 24039100
5526 North 10th Street
McAllen, Texas 78504
Tel. (956)682-9477
Fax. (956)682-0223
Attorney for Defendant
LEONEL MARTINEZ

### CERTIFICATE OF SERVICE

I certify that on July 2, 2004, a true and correct copy of Defendant's Rule 11 Agreement was served by facsimile # (956) 541-2170 to Lecia L. Chaney.

_____
JUAN "SONNY" PALACIOS, JR.

July 2, 2004

Via Facimile No. (956) 541-2170

LECIA L. CHANEY
1201 E. Van Buren
P.O. Box 2155
Brownsville, Texas 78522-2155

RE: DIRECTV, INC. V. LEONEL MARTINEZ

Dear Mrs. Lecia L. Chaney:

    This will confirm our agreement to allow Defendant a one week extension in which to file answers and objections to Plaintiff's request for production of documents, interrogatories and request for admissions. It is our understanding that Defendant's answers and objections will now be due on July 9, 2004.

    If this accurately reflects our agreement, please sign this letter and return to me. If the above does not correctly reflect our agreement, or should you have any questions concerning this agreement, please contact me at (956)682-9477.

    Thank you for your professional courtesies in this matter.

Sincerely,

GARCIA, QUINTANILLA & PALACIOS

By: JUAN "SONNY" PALACIOS, JR.,
For the Firm

JP/bb

AGREED AS TO FORM AND CONTENT:

LECIA L. CHANEY
Attorney for DIRECTV, INC.
1201 E. Van Buren
P.O. Box 2155
Brownsville, Texas 78522-2155
Tel: (956) 542-7441
Fax: (956) 541-2170