**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of
FILED

JUL 1 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| Plaintiff, | § | |
| v. | § | No. CIV. B-03-214 |
| LEONEL MARTINEZ | § | |
| Defendants. | § | |

## DEFENDANT'S CERTIFICATE OF WRITTEN DISCOVERY DIRECTED TO PLAINTIFF DIRECTV, INC.,

Defendant, LEONEL MARTINEZ, files this Certificate of Written Discovery Directed to the Plaintiff, DIRECTV, INC.,, pursuant to the applicable local rule and states that the discovery set forth below was served upon the following party on July 8, 2004:

DIRECTV, INC.,, Plaintiff, by and through Plaintiff's attorney of record, LECIA L. CHANEY, at

### Discovery Served

1. Interrogatories - First set
2. Request for admissions - First set
3. Request for Production - First set

Respectfully submitted,

GARCIA, QUINTANILLA & PALACIOS

By: _____
JUAN "SONNY" PALACIOS, JR.
Texas Bar No. 24039100
5526 North 10th Street
McAllen, Texas 78504
Tel. (956)682-9477
Fax. (956)682-0223

Fed ID 35162
Attorney for Defendant
LEONEL MARTINEZ

## **CERTIFICATE OF SERVICE**

    I certify that on July 8, 2004, a true and correct copy of Defendant's Certificate of Written Discovery was served by certified mail, return receipt requested on LECIA L. CHANEY at 1201 E. Van Buren P.O. Box 2155 Brownsville, Texas 78522-2155.

                                                             _____
                                                              JUAN "SONNY" PALACIOS, JR.