IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DIRECTV, Inc., | § |
| Plaintiff, | § |
| v. | § No. CIV. B-03-214 |
| LEONEL MARTINEZ | § |
| Defendant. | § |

## MOTION FOR ADDITIONAL TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (UNOPPOSED)

DIRECTV requests an additional twenty (20) days to respond to Defendant's Motion for Summary Judgment and shows the following:

Defendant filed his Motion for Summary Judgment on July 12, 2004 making Plaintiff's response due on or before August 2, 2004. Due to the amount of motions and discovery deadlines on Plaintiff's counsel's docket, adequate time has not been available to prepare a Response to Mr. Martinez's Motion.

Plaintiff requests an additional thirty(30) days to file its Response. The parties will not be prejudiced by a grant of additional time.

WHEREFORE, DIRECTV requests that this Motion for Additional Time to file a Response to Defendant's Motion for Summary Judgment be granted. DIRECTV also requests all other relief it is entitled to under the law.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, LLP

By: _____
Lecia L. Chaney
Attorney in Charge
Federal ID No. 16499
Texas State Bar No. 00785757
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611

1201 E. Van Buren St.
P.O. Box 2155

                                                Brownsville, Texas 78522
                                                Telephone: (956) 542-7441
                                                Telefax     : (956) 541-2170

                                                ATTORNEY IN CHARGE FOR PLAINTIFF,
                                                DIRECTV, INC.

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Robert A. Swofford**
Federal ID No. 19403
St. Bar No. 00791765
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx 77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

## CERTIFICATE OF CONFERENCE

Counsel for Defendant Martinez has been contacted and he is not opposed to this Motion.

Dated this 29 day of July, 2004.

_____
Lecia L. Chaney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record by first class mail, certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Federal Rules of Civil Procedure on this the 30 day of July, 2004.

**Juan "Sonny" Palacios, Jr.**
Garcia, Quintanilla & Palacios
5526 North Tenth Street
McAllen, Tx 78504
*Attorney for Defendant Leonel Martinez*

_____
Lecia L. Chaney