

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS DIVISION
### BROWNSVILLE DIVISION



| | | |
|---|---|---|
| DIRECTV, INC. | * | |
| vs | * | CIVIL ACTION NO. ~~B04-214~~ B-03-214 |
| | | (636(c)) |
| LEONEL MARTINEZ | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

---

### Motions Hearing

**August 24, 2004, at 2:00 p.m.**
(RESET FROM 7/30/04)

BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

---

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 2nd Floor
         Brownsville, TX 78520

---

**BY ORDER OF THE COURT**

July 30, 2004

cc:   All Counsel