IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| Plaintiff, | § | |
| v. | § | No. CIV. B-03-214 |
| | § | (636(c)) |
| LEONEL MARTINEZ | § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
ENTERED
AUG 0 2 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

The Court has received and considered Plaintiff's Motion to Extend Time to Respond to Defendant's Motion for Summary Judgment. The Court finds that the Motion is meritorious and therefore GRANTS said Motion.

IT IS ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Extend Time to Respond to Defendant's Motion for Summary Judgment is GRANTED and that said response is now due on the __3rd__ day of ~~August~~ September, 2004.

Signed this __2d__ day of __August__, 2004 in Brownsville, Texas.

_____
PRESIDING JUDGE