IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 6 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DIRECTV, Inc., | § |
| Plaintiff, | § |
| v. | §  No. CIV. B-03-214 |
| LEONEL MARTINEZ | § |
| Defendant. | § |

## MOTION TO CONTINUE FINAL PRE-TRIAL AND JURY SELECTION AND EXTENSION TO FILE JOINT PRE-TRIAL ORDER
### (UNOPPOSED)

DIRECTV files this its Motion to Continue Pre-Trial Conference and Jury Selection as well as an extension of time to file the parties Joint Pre-Trial Order for the following reasons:

Defendant has filed a Motion for Summary Judgment. Defendant's response is due on or before September 3, 2004. The joint pre-trial order is due August 16, 2004. Given that the Motion for Summary Judgment will not be ruled on until September 3 or later, the parties seek an extension of the deadline to file their Joint Pre-Trial Order. Obviously the Court's ruling on the Motion for Summary Judgment will greatly affect the contents of the Joint Pre-Trial Order as well as whether or not the parties decide to proceed to trial.

The parties agree to continue preparing the case for trial via written discovery and depositions. Furthermore, the parties agree to continue settlement negotiations in the interim.

The Joint Pre-Trial Order is due on August 16, 2004 and therefore, DIRECTV requests this and all deadlines be extended an additional (60) days. In addition, given the timing of the Motion for Summary Judgment, DIRECTV requests a sixty (60) day continuance of the September 7, 2004 Final Pre-Trial and Jury Selection.

WHEREFORE, DIRECTV requests that this Motion for Continuance and Extneion of Time be granted and that the Final Pre-Trial Conference and Jury Selection

in this matter be reset for a date certain in the future. DIRECTV also requests an extension of time to file its Joint Pre-Trial Order for the reasons set forth herein.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, LLP

By: /s/ Lecia Chaney

**Lecia L. Chaney**
Attorney in Charge
Federal ID No. 16499
Texas State Bar No. 00785757
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telefax   : (956) 541-2170

ATTORNEY IN CHARGE FOR PLAINTIFF, DIRECTV, INC.

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Robert A. Swofford**
Federal ID No. 19403
St. Bar No. 00791765
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx  77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

## CERTIFICATE OF CONFERENCE

Counsel for Defendant Martinez has been contacted and he is not opposed to this Motion.

Dated this 16th day of August, 2004.

_____
Lecia L. Chaney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record by first class mail, certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Federal Rules of Civil Procedure on this the 16th day of August, 2004.

**Juan "Sonny" Palacios, Jr.**
Garcia, Quintanilla & Palacios
5526 North Tenth Street
McAllen, Tx 78504
*Attorney for Defendant Leonel Martinez*

_____
Lecia L. Chaney