

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC. | * | |
| | * | |
| VS | * | C.A. NO. B-03-214 |
| | * | (636(c)) |
| LEONEL MARTINEZ | * | |

United States District Court
Southern District of Texas
ENTERED

AUG 1 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

## ORDER

The motions hearing scheduled for August 24, 2004, at 2:00 p.m., is hereby CANCELLED. A motions hearing date will be set after the response to the motion for summary judgment is filed.

The Plaintiff's Unopposed Motion to Continue the Final Pretrial and Jury Selection and Extension to File Joint Pretrial Order (Docket Entry No. 18) has been considered. The Court finds that the Motion has merit and should be granted.

It is therefore ORDERED, ADJUDGED AND DECREED that:

1. The joint pretrial order is now due on October 25, 2004,
2. The final pretrial is set for November 2, 2004, at 2:00 p.m., and
3. The jury selection is set for November 4, 2004, at 9:00 a.m.

DONE at Brownsville, Texas, this 19h day of August 2004.

Felix Recio
United States Magistrate Judge