IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. B-03-214 |
| | § | |
| | § | |
| LEONEL MARTINEZ, | § | |
| | § | |
| Defendant. | § | |

**AFFIDAVIT OF JAMES F. WHALEN IN SUPPORT OF DIRECTV, INC.'S
RESPONSE TO DEFENDANT LEONEL MARTINEZ'S
MOTION FOR SUMMARY JUDGMENT**

BEFORE ME, the undersigned authority, on this day personally appeared James F. Whalen, who is personally known to me, and being first duly sworn according to law, upon his oath, deposed and said:

My name is James F. Whalen. I am over twenty-one (21) years of age and reside in Los Angeles County, California. I am currently a SeniorDirector for DIRECTV's Office of Signal Integrity and have been employed in the Office of Signal Integrity for over 4 years. As a Senior Director, I am familiar with the usual and customary business practices involved in all aspects of DIRECTV's investigations of individuals and businesses suspected of illegally obtaining access to DIRECTV programming and the damages that illegal interception causes to the company. I have personal knowledge of all facts contained in my Affidavit and certify that all such statements are true and correct in all respects.

EXHIBIT "A"

DIRECTV is the nation's leading direct broadcast satellite programming provider, delivering over 225 channels of television and other programming to more than 13 million customers in the United States. DIRECTV satellite programming currently includes major cable networks, local stations, studio movies and special events programming, as well as a variety of sports and other special interest programming. DIRECTV has invested billions of dollars to develop its direct broadcast satellite system.

DIRECTV encrypts – electronically scrambles – its satellite transmissions to provide security for and prevent unauthorized viewing of its satellite television programming. DIRECTV offers its television programming to residential and business customers on a subscription and pay-per-view basis only. Each customer is required to obtain DIRECTV satellite hardware (including a small satellite dish and a DIRECTV receiver ("IRD") with DIRECTV access card) and is required to establish an account with DIRECTV. Upon activation of the access card by DIRECTV, the customer can receive and view in a decrypted format (*i.e.*, unscrambled) those channels to which the customer has subscribed or otherwise made arrangement to purchase from DIRECTV. Each DIRECTV access card contains an embedded microprocessor and uses smartcard technology to (1) control which DIRECTV programming the IRD descrambles based on the programming package or other programming specifically purchased by the subscriber, and (2) capture and transmit to DIRECTV the subscriber's pay-per-view information (via a telephone modem in the IRD). Distributors of pirate access devices or illegally modified access cards routinely advised purchasers of piracy equipment not to plug their IRD units into a phone line to avoid a callback and to prevent detection by DIRECTV.

2

DIRECTV offers several different satellite television packages. DIRECTV offers 40 premium movie channels, including several Home Box Office®, Showtime®, Cinemax®, Movie Channel®, and Encore® channels, the Family Pack™ and local channels for many markets throughout the United States. Importantly, DIRECTV targets individuals interested in specialized sports packages and offers subscriptions to those specialized sporting packages, including NFL Sunday Ticket™, NBA League Pass™, NHL Center Ice™, MLB Extra Innings™, ESPN Game Plan™, ESPN Full Court™, MLS/ESPN Shootout™, WNBA Season Pass™, and Mega March Madness™. Each of these packages can be purchased independent of the basic subscription fee. DIRECTV also offers specialized one-time viewing movies and events in the form of pay-per-view channels, with countless pay-per-view boxing and special event matches. DIRECTV incurs incredible expense acquiring the rights to distribute all of this television programming and service. For that reason, DIRECTV diligently protects its distribution rights.

Since DIRECTV has acquired such a complete line-up of quality channels, movies, and specialized programs and sporting events, individuals go to great lengths to circumvent DIRECTV's encryption and security measures. The number of individuals involved in the manufacture and sale of illegal devices used to circumvent DIRECTV's encryption technology increased since DIRECTV began operations in 1994. The business of piracy can be a lucrative endeavor both for the large manufacturer and the small dealer. Records obtained pursuant to raids in Canada and in the United States show that pirates have generated substantial revenues from the distribution and manufacture of illegal access devices, often amounting to millions of

3

dollars for an individual distributor of pirate devices. Obviously, there was a substantial black market for pirate access devices used in conjunction with DIRECTV systems, and DIRECTV pursued all available avenues to curtail those sales.

Piracy itself has affected DIRECTV immeasurably. An individual using one pirated DIRECTV access card had access to over a million dollars in annual programming services and would not have to pay for any of it. That figure includes the value of every pay-per-view movie even though the same movie is shown several times a day. Recognizing that not many will view one movie more than once, DIRECTV has also calculated the value of all subscription packages and movies viewed only once. That value is well over $150,000.00 annually. While DIRECTV has gone to significant efforts to acquire programming distribution rights from program providers such as HBO© and ESPN©, any loss of confidence by such providers in the security of DIRECTV's signal may affect DIRECTV's ability to obtain those rights in the future.

In summary, DIRECTV encrypts its transmissions to provide security for and prevent unauthorized reception of that programming. DIRECTV provides subscribers with access cards specifically developed for the DIRECTV system. Each DIRECTV access card contains a microprocessor and uses smartcard technology to control the subscriber's access to DIRECTV's programming consistent with the programming purchased by the subscriber.

As referenced above, several individuals and companies have engaged in the manufacture and sale of illegal equipment used to circumvent DIRECTV's encryption technology. On or about December 1, 2001, DIRECTV served a Temporary Restraining Order, with the assistance of local law enforcement, at the residence of Scott Gray, who owned and operated "The Computer Shanty" ("Shanty"). The Computer Shanty was located

4

physically in El Paso, Texas and at times relevant to this case was an enterprise focused on distributing electronic devices primarily designed for the surreptitious interception of satellite communications broadcast by DIRECTV. Subsequent to the raid, DIRECTV came into possession of a substantial body of sales records, shipping records, email communications, credit card receipts and other records. Those records indicate that Defendant purchased and received the shipment of one (1) "Netsignia 210 Programmer" and one (1) "Scorpion Wildthing II Unlooper" on or about September 4, 2000.

I am familiar with the operation of devices used to obtain access to DIRECTV's satellite signal without authorization. The Scorpion Wildthing II Unlooper device purchased by Martinez is primarily designed, marketed, and distributed to be used in order to gain unauthorized access to DIRECTV satellite programming without payment to DIRECTV. Indeed, DIRECTV is unaware of any plausible commercial use for unloopers. Instead, the "unlooper" is designed to restore functionality to illegally modified DIRECTV access cards that were disabled by misuse or by DIRECTV's electronic security measures commonly referred to as Electronic Counter Measures or "ECMs." An ECM is sent electronically by DIRECTV by satellite and is intended to disable illegally modified DIRECTV access cards that are being used to receive DIRECTV programming without authorization. Once these cards are disabled or "looped," they no longer allow free viewing of DIRECTV programming without the additional use of other electronic devices or equipment to return the illegal functionality.

Individuals interested in continuing the illegal receipt of DIRECTV programming use an unlooper to restore functionality to a disabled card, thus allowing the access card to once again receive DIRECTV programming for free. Indeed, the term "unlooper" was coined

5

specifically to refer to devices that restore functionality to disabled or "looped" pirated DIRECTV access cards. Additional software for use with the unlooper was widely available on the internet for download and use from websites like the one from which Defendant purchased his unlooper.

The purchase and use of an unlooper is a clear indication of a customer's eagerness to continue illegal access to DIRECTV television programming without payment to DIRECTV. Furthermore, purchase of that device indicates that the person already possessed one or more illegally modified DIRECTV access cards. There is little reason to purchase an unlooper unless the purchaser is in possession of a DIRECTV Access Card that has been hacked and disabled by misuse or an ECM. Therefore, it is reasonably likely that Martinez possessed an illegally modified Access Card and began receiving DIRECTV's transmissions without authorization prior to the purchase of the Pirate Devices.

The other device purchased by Martinez, the Netsignia 210 Programmer, functions as a programmer, which can be used and is distributed in the piracy community to be used to permit the illegal programming of – writing of code to – valid DIRECTV access cards for the sole purpose of obtaining access to DIRECTV Satellite Programming without paying DIRECTV.

### Evidence of the Marketing of the Devices

Information on the website operated by the Computer Shanty from which Defendant made his purchase described devices that are primarily designed and used for the purpose of obtaining DIRECTV programming without payment or authorization. Prints of those websites are attached to this affidavit at Exhibit 1 and are the type of information typically relied upon by DIRECTV in assessing the design, marketing and purpose of devices. The

way in which the Computer Shanty marketed its devices supports my conclusion that its devices were produced primarily for the purpose of receiving DIRECTV programming for free.

### Martinez's DIRECTV Pending Account

If a consumer wishes to subscribe to DIRECTV satellite television programming services, he or she must first obtain DIRECTV receiving equipment. Most consumers purchase DIRECTV satellite equipment from an authorized retailer. When DIRECTV satellite equipment is purchased from an authorized retailer, the authorized retailer obtains certain information regarding the person buying the satellite system. This information is forwarded to DIRECTV by the retailer and is used to create what is known as a "pending" account.

After purchasing and installing the DIRECTV satellite equipment, the consumer must contact DIRECTV to activate their account by choosing a programming package and providing for a method of payment. The consumer must also verify certain information about himself or herself on the pending account, such as home address, home telephone number and, if he or she consents to let DIRECTV obtain a credit report, social security number.

After DIRECTV receives the required customer information, DIRECTV will activate the customer's account, providing the customer with access to channels included in the selected programming package and the ability to purchase pay-per-view events and other DIRECTV services.

Persons who want to steal signals and avoid detection often purchase DIRECTV receiving equipment but never activate their account with DIRECTV. Instead, they use

illegal access devices in conjunction with DIRECTV receiving equipment to obtain DIRECTV satellite programming without paying for it.

I have reviewed DIRECTV's pending account records for account number 18190580, reflecting that Defendant Martinez never activated his pending account and thus never became a paying DIRECTV subscriber with regard to that account. Taken together, Defendant's pending account information and his purchase of pirate access devices constitute strong evidence that Defendant received unauthorized DIRECTV programming, as the devices he purchased would have enabled him to obtain all of DIRECTV's programming without payment to DIRECTV.

_____
James F. Whalen

STATE OF CALIFORNIA      )
                         )
COUNTY OF LOS ANGELES    )

SUBSCRIBED AND SWORN TO BEFORE ME, on this the 3rd day of September, 2004, to certify which witness my hand and official seal.

_____
NOTARY PUBLIC in and for
The State of California
My commission expires: July 6, 2008

[Notary Seal: Cynthia J. Hays, Commission # 1499212, Notary Public - California, Los Angeles County, My Comm. Expires Jul 6, 2008]

FAQ HERE

Info on How
to return for
defective units
Return product

### SHANTY CARD CLEANING CLICK HERE
**$15 Per Card for Cleaning & FedEx Back Next Day $10 or 2 Day $6**

**Want Free Overnight Shipping? USE PAYPAL along with your Vi
and we will ship your order Overnight for FREE! ($18 Saving
Just Click Here to do a PayPal.**

**Do you have an extra H-Card Laying Around? Want to trade it 1
Super Unlooper or Two Smart Card Readers? Click here for De**

*** WE OFFER COD *** WE OFFER COD ***



Scott & Sandy Gray Owners

Currently, it's 1:55:45
PM

**ALL ORDERS IN BY 3:00PM EST/EDT SHIP SAME
DAY!**
See what Thousands of Satisfied Customers know,
100% Satisfaction
**24 Hour Secure Online Orders**

GLADLY     ACCEPTED

**THANK YOU FOR ALL YOUR COMMENTS - THEY ARE
APPRECIATED!**

NextCard Internet Visa

IF OUR ONLINE VISA/MC ORDER GIVES YOU ANY TROUBLE,
PLEASE TELL US!

http://web.archive.org/web/20000303135126/

**EXHIBIT**
"A-1"

**SHANTY CARD CLEANING CLICK HERE**
**$15 Per Card for Cleaning & FedEx Back Next Day $10 or 2 Day $6**

**Want Free Overnight Shipping? USE PAYPAL along with your Visa/MC and we will ship your order Overnight for FREE! ($18 Savings) Just Click Here to do a PayPal.**

**Do you have an extra H-Card Laying Around? Want to trade it for a Super Unlooper or Two Smart Card Readers? Click here for Details.**



Scott & Sandy Gray Owners

Currently, it's

**ALL ORDERS IN BY 3:00PM EST/EDT SHIP SAME DAY!**
See what Thousands of Satisfied Customers know, 100% Satisfaction
24 Hour Secure Online Orders



NextCard Internet Visa

IF OUR ONLINE VISA/MC ORDER GIVES YOU ANY TROUBLE, PLEASE TELL US!

Disclaimer - Returns- FAQ Page - Testimonials - Tech Spt Page - Shipping Options - Who We Are - PRIVACY STATEMENT

**Terms Read Here**

  





Smartcard Programmers - Emulators/Data Loggers

Sandy & I wish to express our deepest and most sincere gratitude for you being our customers!

**ALL ORDERS IN BY 4:00PM EST/EDT SHIP SAME DAY!**
We will ship any orders eachday after this time, but this is our sure cutoff.
See what Thousands of Satisfied Customers know, 100% Satisfaction



**24 Hour Secure Online Ordering**

636,671          Currently, it's



I just wanted to post an big thank you to shanty,



http://web.archive.org/web/20010203164000/www.shanty.com/testimonials.htm