IN THE STATE OF ILLINOIS     §
                             §
COUNTY OF TAZEWELL           §

## AFFIDAVIT OF BILL GATLIFF

BEFORE ME, the undersigned authority, on this day personally appeared Bill Gatliff, who is personally known to me, and being first duly sworn according to law, upon his oath, deposed and said:

1. My name is Bill Gatliff. I am over twenty-one (21) years of age and reside in Illinois. I am an electrical engineer with a formal background in computer design and a decade of programming, teaching and business experience. Among other things, I work for Netrino, LLC ("Netrino"). Netrino is an engineering services company specializing in the design and analysis of embedded systems. Netrino has been retained by DIRECTV to provide expert testimony in relation to DIRECTV's claims. In connection therewith, experts working for Netrino, including myself, have reviewed publicly available information on methods of circumventing conditional access controls to illegally receive DIRECTV programming, publicly available information regarding smartcards (including ISO 7816 standards) and devices provided by DIRECTV. I personally have analyzed several different types of devices distributed by various vendors.

2. It is the regular course of business of Netrino, L.L.C. to generate expert report and to maintain records concerning the expert reports it has generated. The reports are kept by Netrino, L.L.C. in the course of its regularly conducted business activities,

131202.1



EXHIBIT "B"

and it is the regular course of business for an expert with Netrino, L.L.C. with knowledge of the event, or from information transmitted by a person with knowledge of the event, to create such expert reports at or near the time of the event or reasonably soon thereafter.

3. Attached to this affidavit as **Exhibit 1** are the complete reports (except that schedule 1 is not attached) providing a description of the various devices typically utilized by individuals seeking to gain unauthorized access to DIRECTV programming and reports specific to the design and utility of devices at issue. The information contained in these documents is hereby incorporated into this affidavit by reference as if fully set forth herein. I have reviewed the devices, analysis and opinions provided in each Netrino report attached hereto, I am in agreement with that analysis and opinion and adopt each analysis and opinion regarding the devices provided in each document attached as my own. In relation to an analysis of the marketing and intended utility of devices such as those involved in this case, it is not uncommon to review and rely upon advertising or website material relating to the marketing of the device in question.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER, AFFIANT SAITH NOT.

Executed on this 2nd day of August, 2004.

_____
Bill Gatliff

SUBSCRIBED AND SWORN TO BEFORE ME, <u>LuAnn K. Veatch</u> on this 2nd day of <u>August</u>, 2004, to certify which witness my hand and official seal.

*LuAnn K. Veatch*
NOTARY PUBLIC IN AND FOR
THE STATE OF ILLINOIS

"OFFICIAL SEAL"
LUANN K. VEATCH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 02-06-2007