EXPERT REPORT AND DISCLOSURES OF BILL GATLIFF OF NETRINO, LLC

## I. Background

Netrino, LLC ("Netrino") is an engineering services company specializing in the analysis, design, and implementation of embedded systems. Netrino has been retained by DIRECTV to provide expert testimony regarding technological aspects of DIRECTV piracy and the devices used in piracy of DIRECTV's satellite signals. In connection therewith, experts working for Netrino have (1) examined and tested devices provided by DIRECTV; (2) reviewed publicly available information on methods of circumventing conditional access controls to receive DIRECTV programming without authorization and without paying for it, including the contents of various websites; (3) used devices provided by DIRECTV in conjunction with software tools from the DIRECTV pirate community to circumvent DIRECTV's conditional access controls; and (4) reviewed publicly available compilations of information including: the ISO7816-1/2/3 standards, the *Smart Card Handbook* (ISBN 0-471-98875-8), documentation available at *pcscworkgroup.com* relating to the PC/SC specification, the *Smart Card Developer's Kit* (ISBN 1-57870-027-2), and datasheets for relevant electronic components, including Atmel AVR microprocessors and digital logic chips from Phillips, Texas Instruments, and other companies.

The Netrino expert who is likely to testify is Bill Gatliff. Attached hereto as Schedule 1 is Bill Gatliff's curriculum vitae, a list of all publications he has authored in the past 10 years, a disclosure of all matters in which he has provided trial or deposition


PLAINTIFF'S EXHIBIT
1
ALL-STATE LEGAL

Page 1 of 15

testimony in the past 4 years, and a disclosure of his compensation arrangement from DIRECTV. The same compensation agreement shall apply for any defendant who wishes to take testimony from the expert. Similar information is provided for Michael Barr, Nigel Jones, and David Simon, other Netrino experts who have provided expert analysis for DIRECTV on these devices and other devices, and who may be called upon for testimony in the event of scheduling conflicts.

Reports that reflect the analysis of individual devices and the experts' opinions are attached hereto as Schedule 2.

In addition, Netrino provides this overview of DIRECTV's conditional access system and the various devices used by pirates to circumvent that system.

## II. General Opinions and Basis for Opinions

### A. DIRECTV's Conditional Access System

A DIRECTV system consists of a DIRECTV-compatible satellite dish, a DIRECTV receiver, a DIRECTV access card, a television, and cabling to connect these components. Together, these components convert DIRECTV's encrypted satellite signal broadcasts to viewable programming that can be displayed on the attached television of a DIRECTV customer.

A DIRECTV receiver (also known as an "integrated receiver/decoder," or "IRD") is a device placed near the television that receives DIRECTV's encrypted signal from the satellite dish. The IRD processes and decrypts incoming signals with assistance from an authorized DIRECTV access card inserted into it. When there is no DIRECTV access card inserted into the IRD or the inserted access card is unauthorized, no pay channels are viewable on the television. When an authorized DIRECTV access card is inserted

Expert Report and Disclosures                                    4/7/2004

into the IRD, only those channels that have been specifically subscribed to or purchased by the customer will be decrypted and made viewable.   See Figure 1.



*Figure 1.  The components of a DIRECTV system*

DIRECTV access cards are smartcards, which are similar in size and shape to credit cards but contain an embedded computer and memory.  DIRECTV's smartcards control access to programming; hence the name "access card."  DIRECTV's access cards contain DIRECTV-specific hardware and software that is designed to: (1) provide authorization to decrypt DIRECTV satellite broadcasts for customers who have subscribed to those services; and (2) record pay-per-view purchase records for later upload to DIRECTV for billing purposes.  A non-volatile memory device within the DIRECTV access card stores software and data, which may change during the life of the smartcard, but that survives even if electrical power is turned off.

A special part of the DIRECTV access card, known as the "Application Specific Integrated Circuit" ("ASIC"), plays a primary role in video decryption.  After the

Expert Report and Disclosures                                      4/7/2004

software in the DIRECTV access card determines that the user is tuned to a channel that he is authorized to watch, it uses the ASIC to generate the decryption keys the IRD needs to decrypt the video signal. The decryption keys change periodically, and DIRECTV broadcasts messages telling IRDs about these changes. The IRD forwards these messages to the DIRECTV access card, which in turn sends them to the ASIC, which generates new decryption keys. See Figure 2.



*Figure 2. The role of the DIRECTV access card*

DIRECTV has from time to time introduced new generations of their access cards and disabled older access cards. The five generations of access cards issued to date are known as the P1 (also known as 'F,' because the serial numbers of those cards begin with the letter F), P2 (also known as 'H,' for the same reason), P3 (also known as 'HU'), P4, and D1 cards. In our reports, we refer to these cards as P1, P2/H, P3/HU, P4, and D1. Only the P3/HU, P4, and D1 access cards are currently able to receive DIRECTV's

Page 4 of 15

signals.  The P2/H access cards could be used to receive DIRECTV's signals until October, 2002.

### B. Devices Used For Piracy of DIRECTV's Satellite Broadcasts

<u>Methods of DIRECTV Piracy</u>

All known methods of receiving DIRECTV's signals without authorization from DIRECTV rely upon modifying the access card or its behavior in ways not authorized by DIRECTV.  We refer to this unauthorized use of the DIRECTV signal in our reports as "piracy."  Although DIRECTV uses various security measures to prevent piracy, there are numerous devices for sale to thwart these measures.  Some modifications to an access card permit the user to remove pay-per-view ("PPV") purchase records so that they will not be billed by DIRECTV for those purchases.  Other modifications provide the user access to all or most of the satellite programming provided by DIRECTV without authorization from DIRECTV and without payment to DIRECTV.

Individuals and businesses involved in facilitating piracy generally either (1) market and sell modified DIRECTV access cards to customers; or (2) market and sell devices for modifying DIRECTV access cards or their behaviors to allow them to gain access to DIRECTV programming without authorization.

Persons involved in piracy generally either (1) purchase and use a modified access card to intercept DIRECTV's programming without authorization; or (2) purchase devices to modify DIRECTV access card(s) already in their possession and then use the modified access card(s) to intercept DIRECTV's programming without authorization; or (3) purchase one or more devices to use in conjunction with a modified DIRECTV access card to intercept DIRECTV's programming without authorization.

Expert Report and Disclosures                                    4/7/2004

<u>Smartcard Readers</u>

Smartcard readers are devices that read data from and write data to ISO7816-compliant smartcards. They typically attach to a computer with a cable, often to the serial port or the USB port of the computer. There are many sources for smartcard readers, and many such devices sold by that name are legitimate products. Most legitimate smartcard readers comply with the PC/SC specification, which specifies how software running on various computers can communicate with a smartcard installed in a smartcard reader. Microsoft has encouraged developers writing smartcard software intended to work with its Windows operating systems to use the PC/SC specification.

Persons who wish to obtain DIRECTV programming without authorization are sometimes able to modify the nonvolatile memory contents of a DIRECTV access card with DIRECTV-specific piracy software and a compatible smartcard reader. Smartcard readers compatible with DIRECTV-specific piracy software are often marketed as "smartcard reader/writers" and "smartcard programmers." (Because reading a smartcard requires writing to it first, a smartcard reader must also be a writer and, to the extent that the smartcard inserted in it is programmable, a smartcard programmer as well.) Smartcard readers compatible with DIRECTV-specific piracy software are of a type of technology known as "Phoenix-compatible" dumbmouse reader/writers and have a specific wiring interface to the serial port of the attached PC; all of the necessary "smarts" must be supplied by compatible software run on an attached host computer. Mostly, smartcard readers compatible with DIRECTV-specific piracy software are not compatible with the PC/SC specification. (The DIRECTV-specific piracy software currently known to us is incompatible with the PC/SC specification, as it is designed to interface directly to a compatible dumbmouse reader/writer.)

Because of certain software vulnerabilities in DIRECTV's P2/H generation of access cards, DIRECTV pirates could for some time use a Phoenix-compatible dumbmouse reader/writer to modify an access card without violating the ISO7816 smartcard standards. DIRECTV has eliminated many of these vulnerabilities, first by sending software updates over the air to the P2/H access cards and later by replacing the P2/H access cards themselves with the P3/HU and P4 access cards. With the P3/HU and P4 access cards, even piracy-compatible dumbmouse reader/writers will not perform the necessary modifications; DIRECTV pirates must thus resort to other electronic devices (such as those described later in this document) to circumvent access card security features. However, dumbmouse reader/writers are still useful to DIRECTV pirates for "emulation," which is described below.

<u>Electronic Countermeasures</u>

DIRECTV periodically sends out electronic signals that target modified access cards. These signals, known as electronic countermeasures ("ECMs"), detect cards modified by pirates and disable them. Some ECMs disable modified access cards by putting the software they run into an endless "loop." When a modified access card is in a loop, it is not capable of receiving DIRECTV signals. Other ECMs irreversibly change the "write once" memory on an access card as a means of preventing it from being used further.

On Sunday, January 21, 2001 DIRECTV sent out a particularly effective ECM that caused an irreversible change to the "write once" area of modified P2/H access cards. That ECM, referred to as "Black Sunday" by pirates, resulted in the disabling of an unknown number of modified access cards that had been used to view DIRECTV's television programming without authorization prior to that date. Black Sunday was extremely effective and left a large number of pirates temporarily without any ability to use DIRECTV's programming without authorization.

Expert Report and Disclosures                                      4/7/2004

### Unloopers

Although "unloopers" originally got their name from their ability to stop the endless loop created by some ECMs that disabled modified P2/H access cards, the same hardware can also be used to circumvent the security features of DIRECTV P3/HU access cards and modify those access cards by "loading" new software or data into the memory. An unlooper device is thus often marketed as an "unlooper/loader" or "HU loader"; other common names for such devices are "smart card repair terminals" and "all-in-ones." We apply the term "unlooper" to any such device.

An unlooper enables a pirate to read and write the software and data stored in a DIRECTV access card's nonvolatile memory. All unloopers include specific electronic components whose sole function is to manipulate the power supply and clock signals supplied to a smartcard in a manner that intentionally violates the ISO7816-3 standard. There is no legitimate application of this voltage manipulation capability, which is often referred to as "glitching."

An unlooper sends a "glitch" to the microprocessor in a smartcard with the intent of causing it to skip an instruction or malfunction in some other way of use to pirates. By glitching at one or more precise times in the smartcard's internal software instruction sequence, the unlooper modifies the behavior of the software in a DIRECTV access card as it runs.

Glitching is an activity that is neither required, recommended, nor condoned by any ISO7816 or other smartcard standard. Smartcard readers don't contain circuitry that delivers a glitch to the inserted smartcard. Unloopers, on the other hand, devote a significant portion of their hardware and cost to providing this standards-violating feature.

All of the unloopers we have examined to date have been designed around an Atmel AVR AT90S2313 microcontroller chip, usually referred to in the DIRECTV pirate community as an "Atmel" or "Atmel chip." In addition to other capabilities, the Atmel chip can store the software it will run in a nonvolatile memory contained on the chip. In order for the unlooper to function, the nonvolatile memory in the Atmel chip must be loaded with "firmware" (a type of software) that controls the glitching function of the unlooper device. In conjunction with pirate PC software, the pirate firmware commands the glitching circuit to glitch in a certain way, at a certain time, and for a certain duration.

Unloopers are often sold with the glitching firmware "pre-flashed." This means that the Atmel chip in the unlooper has already been loaded with the pirate firmware. Other unloopers are sold with "blank" Atmel chips, on which the user must load firmware himself, or with empty sockets into which the user must insert an Atmel chip that is purchased separately. There are various types of pirate firmware; some common names for the versions used by DIRECTV pirates are "SU2" code, "WT2" code, and "WTX" code (also known as "X"). Atmel chips pre-flashed with pirate firmware are at times also referred to by the name of the firmware they contain, e.g., "SU2." An Atmel chip containing different firmware may be inserted into an unlooper, replacing another Atmel chip, in order to "upgrade" the capabilities of the unlooper as new DIRECTV ECMs are reverse engineered by the pirate community. In many unloopers new firmware can be loaded directly into the existing Atmel chip from free downloads available on the Internet.

Hobbyists and professionals can obtain blank Atmel AT90S2313 chips from many legitimate and reliable vendors of electronic components. One popular vendor is Digikey. A blank Atmel chip from such a vendor typically costs well under $5.00. By contrast, vendors selling unloopers and other devices for piracy of DIRECTV charge

$30.00 or more for the same Atmel chip pre-flashed with firmware for DIRECTV piracy. Developers of legitimate products looking to purchase Atmel chips in small quantities would have no interest in the pre-flashed pirate firmware and would not purchase pre-flashed chips at their higher prices.

An individual with little technical knowledge and mere possession of an unlooper can easily "flash" pirate code onto an inserted Atmel chip. Most unloopers are designed to make this process easy. The availability of pirate unlooper firmware for free from the Internet reduces almost to zero the work and technical knowledge required to load and use pirate firmware after purchasing an unlooper. The user can simply download the freely available firmware to his personal computer, connect the unlooper to the computer, and "flash" pirate code onto a blank Atmel chip inserted into the unlooper.

Unloopers are specifically designed for the purpose of circumventing DIRECTV's conditional access system. They have no commercially significant purpose other than to modify DIRECTV access cards.

<u>Bootloaders</u>

A "bootloader" (also known as a "DPBB") is a device designed specifically to overcome the effects of DIRECTV's Black Sunday ECM, which targeted modified P2/H access cards. A bootloader is a printed circuit board that is designed to be inserted into an IRD in place of a valid access card and is used in conjunction with a modified P2/H access card.   See Figure 3.



*Figure 3.  A bootloader is a device inserted between the access card and the receiver*

Like an unlooper, a bootloader "glitches" the inserted DIRECTV access card. When the IRD tries to start the program on the access card, the bootloader intercepts that signal. Shortly thereafter, it sends its own "reset" signal to the inserted P2/H card. Then, 522 clock cycles later— when the microprocessor in the P2/H card comes to the location in its program where the Black Sunday ECM prevents the P2/H card from continuing—the bootloader delivers a glitch. This causes the P2/H card to continue as if the Black Sunday ECM had never happened. The bootloader's glitch thus modifies the behavior of the access card in such a way that DIRECTV's Black Sunday or similar ECM is overcome.

A bootloader is solely designed for the purpose of circumventing DIRECTV's conditional access system, and thus is only of assistance in the unauthorized decryption

Expert Report and Disclosures                                    4/7/2004

of DIRECTV's satellite transmissions of television programming. A bootloader has no purpose or use other than to modify the behaviors of P2/H access cards that were previously modified and subsequently disabled by the Black Sunday ECM. Bootloaders thereby circumvent DIRECTV's conditional access system.

Emulators

A technique called "emulation" allows a pirate to mimic the functions of an access card in order to circumvent the DIRECTV conditional access system and thus receive all or most of DIRECTV's programming without paying for it. Devices called "emulators" are printed circuit board devices designed to be inserted into an IRD in place of a valid access card.

The user of an emulator inserts the device into the IRD instead of the DIRECTV access card. A cable is then attached from the emulator to a PC's serial port. Emulation software running on the attached PC is then used to mimic the expected behavior of a DIRECTV access card.

As far as we know, no software has been written to emulate the ASIC that generates the decryption keys. Thus, a complete emulation system needs the ASIC on a real DIRECTV access card to generate decryption keys for the IRD. Pirates accomplish this by creating what is known as an "AUX card," which is a modified DIRECTV access card that allows the pirate emulation software to use the ASIC to generate decryption keys.

Typically, therefore, a complete "emulation system" consists of an emulator and a Phoenix-compatible dumbmouse reader/writer containing an AUX card, both connected to a single personal computer ("PC"). See Figure 4.

Expert Report and Disclosures                                    4/7/2004



*Figure 4.  The components of an emulation system*

When the emulator is inserted into the IRD, the IRD thinks it is communicating with a regular DIRECTV access card and sends and receives data normally.  The emulator forwards data from the IRD to the user's PC.  The pirate software running on the PC generates a video decryption key with the help of the ASIC on the AUX card; this key is then sent back through the emulator to the IRD.  An additional benefit to pirates using emulation is that the AUX card can be protected from DIRECTV's ECMs by the emulation system.

Emulators of the type used for DIRECTV piracy are designed specifically for piracy.  They are not general-purpose devices intended for smartcard software development and they are not compatible with any such legitimate tool.  The products

Page 13 of 15

Expert Report and Disclosures                                    4/7/2004

called "emulators" that are used in commercially viable, legitimate software development activities have far more sophisticated, complex hardware and software.

Pirate device manufacturers have also created standalone emulation devices that provide unauthorized access to DIRECTV satellite programming by replacing the personal computer in this setup with a dedicated "embedded" computer system that is made part of the emulator device.

### C. Specific Devices at Issue

Netrino expert opinions regarding the design, function, and purpose of the pirate access devices at issue are attached hereto as Schedule 2. I wrote or have reviewed each of the attached reports. Based on my examination of the devices at issue and other similar devices, I am in agreement with the analysis and opinions contained in those reports that were written by other experts working for Netrino; I adopt all of the opinions of the attached reports as my own.

### D. Exhibits and/or Demonstrations to Be Used

In addition to the Exhibits attached to Schedule 2, Netrino's testifying expert, and/or DIRECTV may use the following at trial to summarize or support the opinions expressed herein: (1) a sample or specimen of the device(s) at issue; (2) a demonstration of the pirate access software commonly used in conjunction with the devices; and (3) an actual or videotaped demonstration of the devices being used to pirate DIRECTV signal.

Expert Report and Disclosures                                    4/7/2004

### E. Analysis

The current analysis is provided based on information reviewed to date. The facts and information obtained in discovery and investigation may alter the report and/or the conclusions reached herein.

This report and the exhibits attached to it summarize my opinion as of April 7, 2004.

_____

Bill Gatliff

Expert Report and Disclosures                                              4/7/2004

E. Analysis

The current analysis is provided based on information reviewed to date. The facts and information obtained in discovery and investigation may alter the report and/or the conclusions reached herein.

This report and the exhibits attached to it summarize my opinion as of April 7, 2004.

_____
Bill Gatliff

# Netrino

# Expert Report:

# NetSignia 210 Reader/Writer

## David E. Simon

October 29, 2003

This document describes my independent opinion regarding the nature of the NetSignia 210 Reader/Writer, and the supporting evidence and analysis I used to reach that opinion.

## **Background**

On October 8, 2003, I received a device described as a NetSignia 210 Reader/Writer from DIRECTV for analysis. I was asked to review the design of this device and render my independent opinion as to its nature.

To perform my analysis, I carefully examined the design of the hardware through visual and electrical inspection, and I compared it with similar devices. In some of this work, I have been assisted by Richard Steinberg, also of Octave Software Group, Inc, and by Michael Barr and Bill Gatliff, who are other experts in this field.

The NetSignia 210 Reader/Writer is a small electrical device that is slightly larger than a DIRECTV access card. It contains a serial cable to be connected to the user's personal

computer, a connector into which a smartcard can be inserted, and a few electrical components including two integrated circuits, several resistors, and interconnecting circuitry.

Figure 1 is a photograph of the NetSignia 210 Reader/Writer with an inserted DIRECTV P2/H access card, showing that the top of the case is labeled "Litronic" and "netsignia 210".



*Figure 1  The NetSignia 210 Reader/Writer and a P2/H access card*

Figure 2 shows the top side of the NetSignia 210 Reader/Writer's circuit board. The top side has no text and no components.



*Figure 2  A closeup of the NetSignia 210 Reader/Writer (top)*

Figure 3 shows the bottom side of the NetSignia 210 Reader/Writer's circuit board.  Note that the board contains a slot the appropriate size and shape to hold an ISO 7816-compliant smartcard.  Text on the bottom of the circuit board includes:

    190N00230V300
    Rev: 3.00

and:

    0042



*Figure 3  A closeup of the NetSignia 210 Reader/Writer (bottom)*

## Opinion

The NetSignia 210 Reader/Writer can be used to circumvent DIRECTV access controls. By circumventing these access controls, it is possible to obtain DIRECTV content, including pay-per-views and premium channels, without paying for it.

## Supporting Evidence and Analysis – Summary

An examination of the behavior of the NetSignia 210 Reader/Writer reveals that it is intended to allow programs running on the user's PC to communicate with an ISO 7816 smartcard inserted into the smartcard slot in the NetSignia. There are two possible ways to use such a device to circumvent DIRECTV access controls. First, the P2/H cards contained a security flaw, and a program running on a user's PC called BasicH (and possibly other programs) can use the NetSignia to exploit that flaw and to modify the contents of the P2/H card to obtain programming without paying for it. Second, another

program running on a user's PC called Kryptonite (and possibly other programs) can use the NetSignia to communicate with a P3/HU card and subsequently trick a DIRECTV receiver into providing signals for which the user has not paid.

## Supporting Evidence and Analysis – Details

**Evidence: The NetSignia 210 Reader/Writer contains circuitry designed to allow a PC to communicate with an ISO 7816 smartcard, including DirecTV access cards, inserted into its smartcard slot.**

Figure 4 is a portion of an electrical schematic for the NetSignia 210 Reader/Writer. I produced this by examination of the actual device.



*Figure 4  Partial schematic diagram for the NetSignia 210 Reader/Writer*

In the NetSignia 210 Reader/Writer design, the serial port on the user's computer is connected to the lines labeled PC-RTS, PC-TXD, PC-DCD, and PC-RXD on the left side

**Page 5 of 9**

of the schematic. Those signals travel to U1, a voltage converter chip that translates the voltage levels used by the serial port (-12 volts and +12 volts) to those used by the smart card (0 volts and 5 volts). The converted signals emerge on the right side of the U1 and continue on to the inserted smartcard via the connections CAM-RST and CAM-IO.

Additional circuitry provided by U2 and Y1 provides a fixed-speed clock signal to the CAM-CLK line on an inserted smartcard.

The clock signal provided to the CAM-CLK connection on the smartcard allows the microprocessor in the smartcard to function. The connection of PC-RTS to CAM-RST (through the voltage converter) allows the PC to reset the smartcard. The connection of PC-RXD and PC-TXD to CAM-IO allows the PC to send messages to the smartcard and receive the smartcard's responses. Thus, a PC can communicate with the smartcard using this device. The connection to PC-DCD allows the PC to know whether or not a smartcard is actually inserted into the device.

**Evidence: The NetSignia 210 Reader/Writer, in combination with specialized PC software, BasicH (and possibly others), can be used to modify a DIRECTV P2/H access card so as to circumvent DIRECTV access controls.**

*BasicH* is a freely available program that works in conjunction with ISO 7816 reader/writer devices such as the NetSignia 210 Reader/Writer. It exploits security weaknesses of the DIRECTV P2/H access card to read and modify the contents of nonvolatile memory on the access card. The modified access card can then be inserted into a DIRECTV receiver to permit access to DIRECTV programming without paying for it.

To test this use of the NetSignia 210 Reader/Writer, my colleague Richard Steinberg downloaded the BasicH software and installed it on a PC. I then connected the NetSignia 210 Reader/Writer to that PC via a serial port. I inserted into the NetSignia 210 Reader/Writer one of the P2/H access cards that DIRECTV provided for testing purposes. Then I ran BasicH.

With BasicH running, its menu commands allowed me to dump the entire contents of the nonvolatile memory and change portions of it. I modified an area of the nonvolatile memory identified by BasicH as the card's "CAM-ID. I changed the time zone recorded in the nonvolatile memory, using a BasicH menu choice for the purpose. I "unmarry'd" the card using a BasicH menu choice, after which BasicH reported that the number of the "IRD" (DIRECTV receiver box) which the card had stored was zero, whereas before it had been nonzero. I believe that all of these activities are used for the purpose of circumventing DIRECTV's conditional access controls.

**Evidence: The NetSignia 210 Reader/Writer used in combination with specialized PC software (Kryptonite and possibly others), an "emulator" (Cobalt Emulator and possibly others), and a DIRECTV P3/HU card, can be used to circumvent DIRECTV access controls.**

*Kryptonite* is a freely available program for *HU emulation*, a technique that uses an "emulator" such as the Cobalt Emulator, a reader/writer such as the NetSignia 210 Reader/Writer, and extensive software on a PC. Instead of inserting the DIRECTV access card into a DIRECTV receiver, the user inserts an emulator into the DIRECTV receiver. The emulator sends the commands from the DIRECTV receiver to a PC running Kryptonite. Kryptonite in turn connects to a reader/writer such as the NetSignia 210 Reader/Writer and communicates with a P3/HU card installed in the reader/writer device. To the DIRECTV receiver the Kryptonite program pretends to be a DIRECTV access card. It uses certain of the functions of the P3/HU card to assist it with this pretense. Through this method, Kryptonite permits access to DIRECTV programming without paying for it.

To test this use of the NetSignia 210 Reader/Writer, my colleague Richard Steinberg located version v2.2.3 of the Kryptonite software, along with instructions for using it, at http://www.sublevel9.com/krypto.html, downloaded it, and installed it on a PC. Following the instructions, he used a device called an unlooper to modify a never-activated P3/HU access card that DIRECTV had provided us for testing purposes. He attached the NetSignia 210 Reader/Writer to the PC via serial port COM1 and inserted

into the reader/writer the modified access card.  He connected a Cobalt Emulator device to the PC via serial port COM2.  He then ran Kryptonite and inserted the Cobalt Emulator into the DIRECTV receiver.  Figure 5 shows the configuration used in this testing.



*Figure 5  Pirate software called Kryptonite works with the NetSignia 210 Reader/Writer.  The display on the television screen shows that the system is receiving a PPV (pay-per-view) channel.*

While using the hardware configuration shown, which included the NetSignia 210 Reader/Writer, and Kryptonite I was able to view DIRECTV's basic channels, such as

CNN, CNBC, and NBC, along with premium channels such as HBO, Showtime, Fox Sports Network and others without paying for them. In addition, I was also able to watch pay-per-view movies without limit and without those purchase records being preserved for DIRECTV's accounting servers.

Respectfully submitted,

_____     _____     _____

Author's Name (Printed)       Signature                     Date

Netsignia 210 Reader/Writer                                    October 29, 2003

CNN, CNBC, and NBC, along with premium channels such as HBO, Showtime, Fox Sports Network and others without paying for them. In addition, I was also able to watch pay-per-view movies without limit and without those purchase records being preserved for DIRECTV's accounting servers.

Respectfully submitted,

DAVID E SIMON                                         10/31/03
_____      _____      _____
Author's Name (Printed)      Signature                Date



# Expert Report: Scorpion HU Loader

by Nigel Jones

27 February 2004

## Summary

After carefully analyzing and testing the Scorpion HU Loader device and reviewing relevant documents, I have concluded that the Scorpion HU Loader device was designed for the purpose of circumventing DIRECTV's conditional access controls.

The rationale for the above conclusion is based on my findings that:

1. The Scorpion HU Loader device can, in fact, be used to circumvent DIRECTV's conditional access controls.
2. The design of the Scorpion HU Loader device is equivalent to the design of other devices known to circumvent DIRECTV's conditional access controls.
3. The Scorpion HU Loader was marketed along-side other products whose sole purpose is to circumvent DIRECTV's conditional access controls.
4. Legitimate uses of the Scorpion HU Loader device are implausible.

Scorpion HU Loader                                                                2/27/2004

## Background

On February 18, 2004, I received two devices described as "Scorpion HU Loader". The first device was received from Michael Barr of Netrino. The second device was received directly from DIRECTV. The two devices are identical. I was asked to review the design of this device and render my independent opinion as to its nature.

To perform my analysis, I removed the plastic casing from the device, carefully examined the design of the hardware through visual and electrical inspection, and experimented with the use of the device with various pieces of PC software publicly available at Internet web sites devoted to DIRECTV piracy.

## Evidence and Analysis

**Evidence: The Scorpion HU Loader device contains circuitry designed to communicate with smartcards, including DIRECTV access cards.**

Figure 1 is a photograph of the Scorpion HU Loader device received from Michael Barr. The case has no particular markings or other distinguishing marks. On the front side of the device there is a smartcard connector compatible with the ISO7816-2 standard. In Figure 1, a DIRECTV P3/HU access card has been inserted into the smartcard slot.

Scorpion HU Loader                                                2/27/2004



*Figure 1. The Scorpion HU Loader device with a DIRECTV P3/HU access card inserted and the power and RS232 cables connected*

Figures 2 and 3 show the hardware detail more closely, the outer plastic case having been removed. The device has been professionally manufactured and appears to be of high quality.

Scorpion HU Loader                                                    2/27/2004



*Figure 2. A close-up of the Scorpion HU Loader device's electrical hardware (top)*



*Figure 3.  A close-up of the Scorpion HU Loader device's electrical hardware (bottom)*

Page 4 of 18

Figure 4 is a portion of an electrical schematic for the device that appears in Figure 1. I produced this schematic after careful study of one of the Scorpion HU Loader devices in my possession. The device contains an Atmel AT90S2313 AVR microcontroller, which controls the VCC, CLK, RST and I/O signals to the inserted smartcard. The RST and I/O signals are controlled directly from the microcontroller (not shown). The VCC and CLK signals (denoted CAM_VCC and CAM_CLK in Figure 4) are controlled by the microcontroller via a specialized glitching circuit.



*Figure 4. Partial schematic diagram for the Scorpion HU Loader device*

**Evidence: The Scorpion HU Loader device contains specialized "glitching" circuitry that is useful for delivering signals that violate the ISO7816-3 specification.**

A "glitch" is an intentional momentary, controlled signal interruption. The op-amp (U5) and the two analog multiplexers (U7 and U8) parts in the schematic in Figure 4 form a specialized circuit that delivers precisely controlled, carefully timed VCC and CLK glitches to a smartcard inserted into the smartcard slot in the Scorpion HU Loader

device. These glitches are controlled by the Atmel AVR microcontroller via general-purpose I/O signals PB3, PD2 and PD3.

This specialized glitching circuitry does not appear in any mainstream ISO7816-compliant smartcard interface device that I have studied. The presence of this circuit is neither required, recommended, nor even condoned by any relevant smartcard standard; in fact, precisely the opposite is true. The ISO7816-3 smartcard standard defines very specifically what the VCC and CLK signals supplied to the smartcard should look like. For example, ISO7816-3-compliant smartcards require voltages in the range of 4.5-5.5 V.

The inclusion of the specialized glitching circuitry in this device has no purpose other than to violate the ISO7816-3 specification in very specific ways at very specific times. A smartcard subjected to glitches can be expected to either reset itself or malfunction. It is, in fact, a specific kind of malfunction in the DIRECTV access cards that the Scorpion HU Loader device is designed to cause and then exploit.

It is worthwhile noting that engineers designing microcontroller based circuits take great pains to ensure that the power and clock signals are tightly controlled. As evidence of this, one need look no further than the measures taken to ensure that the microcontroller in the Scorpion has a stable VCC and clock. To ensure a stable power supply, the Scorpion includes a linear regulator (U6), and a plethora of filtering capacitors. To guarantee a clean clock, the Scorpion uses a standard oscillator circuit, the output of which is fed into a D type latch (U3B). This device generates an almost perfect 50% mark-space ratio clock with fast rise and fall times, i.e. an ideal clock. In short, the designers of the Scorpion obviously realized the importance of providing a stable VCC and clock for their own microcontroller – and yet use this microcontroller to interfere with the fidelity of these signals to the microcontroller in the inserted smartcard.

Scorpion HU Loader                                                    2/27/2004

Before testing the Scorpion HU Loader it was necessary to repair a damaged component. On both devices in my possession, capacitor C11 was 'fried.' This capacitor is used to filter the input voltage to the device. A close up of the damaged component is shown in Figure 5. The repaired component is shown in Figure 6.



*Figure 5. A close up showing the damaged C11*



*Figure 6. A close up showing C11 replaced with a new part*

The damage to C11 was so extensive that I was unable to determine its value, and so it was replaced with a 0.1 µF capacitor. This is the value recommended by the manufacturer of the chip that C11 is intended to work with (U6). This repair affected only the power supply for the device, and in no way modifies the device's behavior

My first attempt to use the Scorpion HU Loader was not successful because the Atmel microcontroller (U2) was not programmed or 'Flashed'. Without being programmed, the Scorpion HU Loader does nothing and is completely useless. To buy this device without intending to program it would be nonsensical.

The programming interface on the board is non-standard, in that it is not compatible with Atmel's STK500 development kit [STK500] , nor does it adhere to a reference design outlined in Atmel's Application note 910 [AVR910]. As such, it is apparent that programming the device would require specialized software that knew how to use the non-standard programming interface. The only suitable software that I

**Page 8 of 18**

could find was located on multiple pirate sites. In particular, I downloaded from
http://www.dss-file-support.ca a Flashing utility called 'Energiser's DOS Atmel Flash
Utility v.16'. This utility is recommended by pirate sites for flashing devices such as the
Scorpion HU Loader.  Using the utility I was able to program the Atmel 90S2313 in the
Scorpion HU Loader with a program referred to as 'UL4S.' This is the program that is
recommended by pirate sites for operation with ExtremeHU and a DIRECTV P3/HU
card. The UL4S program was supplied as part of the flashing utility. Once UL4S was
programmed into the Atmel microcontroller, the Scorpion was recognized by
ExtremeHU, and would respond to commands from ExtremeHU. This cannot have been
due to mere chance.


**Evidence: While using the device with PC software called ExtremeHU the
device violated the ISO7816-3 specification via glitching.**

I used an oscilloscope to observe the behavior of the glitching circuitry during a
DIRECTV access card reprogramming session involving the Scorpion HU Loader device
in my possession.[1]  The oscilloscope screen capture in Figure 7 shows the output of
glitching circuitry during an attempt to circumvent the security features of an inserted
DIRECTV access card.  The lower trace shows the VCC signal supplied to the access
card.  According to the ISO7816-3 standard for smartcards, the VCC signal should
remain within the 4.5-5.5V range for the entire time that the card is inserted.  Instead,
the studied device has introduced a glitch voltage of about 2.5V for a period of about
200 nanoseconds, which is clearly visible in the trace.  A similar glitch occurs at the
same time in the CLK signal, which is shown in the top trace in Figure 7; this is also a
violation of the ISO7816-3 standard.

---

[1] Reprogramming is one of the steps used to obtain DIRECTV content without paying for it.

**Scorpion HU Loader**                                                     **2/27/2004**



*Figure 7.  The Scorpion HU Loader device places precisely timed glitches like these on Vcc and CLK*

The trigger for this oscilloscope capture was the AVR microcontroller's PD2 output pin, which is driven low when the PC software wants to glitch VCC and CLK.  The access card will continue to be glitched for as long as the PD2 signal is driven low by the Scorpion HU Loader device.  The Scorpion HU Loader device can also precisely control the voltage level of the glitch, via PWM output pin PB3.

When an individual glitch is unsuccessful at circumventing the DIRECTV access card's security features, the Scorpion HU Loader device can be commanded to apply another glitch using different voltage levels.  The device's ability to generate an almost infinite range of glitches at precisely timed intervals demonstrates the capabilities of its

**Page 10 of 18**

specialized, glitch-generating circuitry. When so directed by ExtremeHU, the device can glitch a DIRECTV access card several times a second using the parameters supplied by ExtremeHU. The glitching is continued until the security features of the card have been evaded or disabled; I have observed this behavior specifically.

**Evidence: While using the Scorpion HU Loader device with PC software called ExtremeHU the device circumvented DIRECTV's conditional access controls and allowed me to steal the DIRECTV signal including PPV channels**

For testing purposes, DIRECTV has provided me with several P3/HU access cards. I located the latest version (v3.5a) of the ExtremeHU software at http://www.dss-file-support.ca, downloaded it, and installed it on a PC in my lab. I connected the Scorpion HU Loader device to the same PC via serial port COM1 and inserted one of the P3/HU access cards in my possession into the device.

Through the Scorpion HU Loader, the ExtremeHU software was able to successfully communicate with the inserted DIRECTV access card. Further, the combination of the ExtremeHU software and the Scorpion HU Loader hardware was able to exploit security weaknesses of the P3/HU access card and, thereby, to read and modify the contents of the EEPROM on the access card. In particular, I was able to load a "bin"[2] file onto a P3/HU card, "unmarry"[3] the card and subsequently use the card to view DIRECTV channels including the Pay Per View channels without paying for service.

---

[2] A "bin" is the nomenclature used in the pirate community to describe a file that when loaded into the smartcard allows one to circumvent the DIRECTV conditional access controls .

[3] This is a term used by the pirate community to describe the process of disassociating an access card from a specific IRD.

Scorpion HU Loader                                              2/27/2004

Furthermore, menu commands in the ExtremeHU software allowed me to use the Scorpion HU Loader device to explicitly:

> read the identifying information in several access cards, such as the Card ID,
> modify the time zone and ZIP code stored in an access card,
> copy a "bin" file onto an access card, thus creating a clone of legitimate card,
> "unmarry" an access card so it could be inserted into a different IRD,
> read ("dump") the contents of an access card's EEPROM,
> modify the contents of an access card's EEPROM
> and "Wipe PPV" records so that past purchases of pay-per-views would not be sent to DIRECTV's accounting servers.

All of the above activities are specific to circumventing DIRECTV's conditional access controls. Such activities are not useful with any other smartcard.

Figure 8 is a screenshot of the ExtremeHU program as it controlled the Scorpion HU Loader device during my testing. The screenshot shows glitching being explicitly used, in an attempt to unmarry a P3/HU access card.

Page 12 of 18

Scorpion HU Loader                                                    2/27/2004



*Figure 8. Pirate software called ExtremeHU works with the Scorpion HU Loader device*

Note that when they were inserted into the Scorpion HU Loader device, neither other ISO7816 smartcards ("ACOS1") nor a DIRECTV P4 access card could be manipulated in any of the above ways. In all of these cases the ExtremeHU software reported that "This card has an invalid ATR[4]."

---

[4] ATR is an acronym for "Answer To Reset". This is the response a card gives upon exiting the reset condition.

Scorpion HU Loader                                                    2/27/2004

**Evidence: The ExtremeHU software is not able to circumvent DIRECTV's conditional access controls without the Scorpion HU Loader or another compatible device.**

Significantly, the ExtremeHU software was <u>unable</u> to read or modify the EEPROM contents of a P3/HU access card when a standard ISO7816 smartcard reader from Advanced Card Systems (model ACR30S-CFC) was attached to the same serial port. The design of the Scorpion HU Loader device is thus clearly integral to the proper functioning of the ExtremeHU software.

**Evidence: The design of the Scorpion HU Loader device is equivalent to the design of other devices known to circumvent DIRECTV's conditional access system.**

The specialized glitching circuitry described above and shown in the schematic is not unique to the Scorpion HU Loader device. Several other devices that have also been studied by Netrino experts, including the Dual Pro All-in-One, White Viper Unlooper, and Vector ULPro, include similar chips and effectively the same glitching circuit.

The very same Atmel AT90S2313 AVR microcontroller and I/O pins PB3, PD2, and PD3 are used to drive the glitching process in all of these devices. Such overwhelming similarities are striking, and are not just limited to the choice of the same microcontroller; these similarities are not the result of random chance. It is clear that all these devices are designed for the very same purpose and that the Atmel code is purposefully interchangeable.