Scorpion HU Loader                                    2/27/2004

**Evidence: The Scorpion HU Loader device was marketed for the purpose of circumventing DIRECTV's conditional access controls.**

A printed copy of pages of the HCARD.ORG website [HCARD] shows that Scorpion HU Loader devices were marketed for sale alongside other known DIRECTV pirate devices such as bootloaders and emulators. The name of the website, "HCARD," is, in fact, itself a reference to DIRECTV's P2/H access card.

**Evidence: Attempts to operate a smartcard outside the specified electrical ranges are a known form of attack on smart cards.**

In 1998, [Guthery] defined an "induced error attack" as follows:

> "An attack on a smart card's security system... by subjecting the card to unusual environmental conditions such as temperature, voltage, microwaves, radiation, and so on." [p. 325 or http://unix.be.eu.org/docs/smart-card-developer-kit/glossary.html ]

[Rankl] describes the sort of thing that might happen to a smartcard subjected to induced error attacks:

> "it could for example happen that the program counter becomes unstable when the chip is operated outside of its specified supply voltage range, which in turn could lead to uncontrolled jumps within the program" [pp. 416-417]

There is no legitimate use for glitching circuitry; devices that glitch smartcard voltages are simply designed to circumvent security features of the targeted class of smartcards via induced error attacks. In the case of the Scorpion HU Loader device, the targeted class of smartcards is DIRECTV's P3/HU access cards.

Scorpion HU Loader                                                    2/27/2004

## Findings

Based upon the clear evidence presented above, I find that the Scorpion HU Loader device can be used to circumvent DIRECTV's conditional access controls. Specifically, I observed that the Scorpion HU Loader device can be used with software called ExtremeHU to circumvent conditional access controls in DIRECTV's P3/HU access cards

In addition, I find that the Scorpion HU Loader device was marketed for the purpose of circumventing DIRECTV's conditional access controls. For example, at HCARD.ORG, the Scorpion HU Loader device was marketed for sale alongside other known DIRECTV pirate devices such as bootloaders and emulators.

I further find that the design of the Scorpion HU Loader device is intentionally equivalent to the design of other similar devices that Netrino's experts have examined and which were also marketed for the purpose of circumventing DIRECTV's conditional access controls. Such devices, known generally as unloopers and unlooper/loaders are, against all reasonable odds, virtually identical in their electrical design and functionally equivalent. All of the Atmel firmware for these devices is, in fact, interchangeable by design, and despite my best efforts I could not find any firmware for these devices that was not designed for DIRECTV signal piracy.

Finally, there is no legitimate reason to glitch a smartcard. In fact, the use of glitching to create induced error attacks is a well-known concern in the smartcard design community.

I thus conclude that the Scorpion HU Loader device was designed for the purpose of circumventing DIRECTV's conditional access controls. By enabling the circumvention of DIRECTV's conditional access controls, the Scorpion HU Loader device makes it possible for its owner to obtain DIRECTV's content, including pay-per-views and premium channels, without paying for it.

Page 16 of 18

## Documents Reviewed

During my analysis of the Scorpion HU Loader device, I reviewed and had at hand the following documents:

[AVR2313]    "Atmel AT90S2313 8-bit AVR Microcontroller with 2K Bytes of In-System Programmable Flash" (datasheet)  Atmel.  June 2002.

[Guthery]    Guthery, Scott B. and Timothy M. Jurgensen.  Smart Card Developer's Kit. Macmillan Technical Publishing.  Indianapolis, 1998. Also available online at http://unix.be.eu.org/docs/smart-card-developer-kit/ewtoc.html

[HC00]    "74HC00; 74HCT00 Quad 2-Input NAND Gate" (datasheet)  Philips Semiconductors, 30 Jun 2003.

[HC04]    "74HC04; 74HCT04 Hex Inverter" (datasheet)  Philips Semiconductors, 23 Jul 2003.

[HC4053]    "MC74HC4051A Analog Multiplexers/Demultiplexers" (datasheet)  On Semiconductors, March 2000.

[HC74]    "74HC74; 74HCT74 Dual D-Type Flip-Flop with Set and Reset; Positive-Edge Trigger" (datasheet)  Philips Semiconductors, 10 Jul 2003.

[HCARD]    A printout of web pages from http://www.hcard.org

[ISO7816-2]    ISO/IEC 7816-2: Dimensions and Location of the Contacts.  International Standards Organization.  Geneva, 1999.

[ISO7816-3]    ISO/IEC 7816-3: Electronic Signals and Transmission Protocols. International Standards Organization.  Geneva, 1997.

Scorpion HU Loader                                                    2/27/2004

[Rankl]      Rankl, Wolfgang and Wolfgang Effing.  Smart Card Handbook, Second
             Edition.  John Wiley & Sons.  2000.  ISBN 0-471-98875-8

[ST232]      "ST232: 5V Powered Multi-Channel RS-232 Drivers and Receivers"
             (datasheet)  STMicroelectronics, January 2003.

[AVR910]     AVR910 In system Programming. (Application Note) Atmel November
             2000.

[STK500]     AVR STK500 Starter Kit and Development System. (A combination of
             hardware and software used by engineers to evaluate and program Atmel
             AVR microcontrollers). Available at www.atmel.com

## Signature

Respectfully submitted,


_____          _____

_____

Author's Name (Printed)        Signature              Date

[Ranki]     Ranki, Wolfgang and Wolfgang Effing. Smart Card Handbook, Second Edition. John Wiley & Sons. 2000. ISBN 0-471-98875-8

[ST232]     "ST232: 5V Powered Multi-Channel RS-232 Drivers and Receivers" (datasheet) STMicroelectronics, January 2003.

[AVR910]   AVR910 In system Programming. (Application Note) Atmel November 2000.

[STK500]   AVR STK500 Starter Kit and Development System. (A combination of hardware and software used by engineers to evaluate and program Atmel AVR microcontrollers). Available at www.atmel.com

## Signature

Respectfully submitted,

Nigel A Jones                                              Feb 27 2004

Author's Name (Printed)          Signature          Date

# Netrino

## Expert Opinion: The WT2 Unlooper

*Bill Gatliff*

*October 31, 2003*

## Summary

After carefully analyzing and testing a WT2 Unlooper device, I have concluded that the WT2 Unlooper is designed specifically for circumventing DIRECTV security controls. By circumventing these controls, the user of the device can view DIRECTV broadcasts without paying for them.

My opinion of the WT2 Unlooper device is based on my findings that:

- The WT2 Unlooper contains specialized circuitry that is only useful for glitching DIRECTV access cards. This circuitry has no legitimate use.

- The WT2 Unlooper is compatible with software and firmware programs intended solely for circumvention of DIRECTV security controls.

- The WT2 Unlooper is marketed for its ability to circumvent DIRECTV conditional access controls.

- The WT2 Unlooper is not marketed for legitimate use.

*WT2 Unlooper*                                                    *October 31, 2003*

## Background

On October 27, 2003, DIRECTV counsel sent me a device they called the WT2 Unlooper, along with a request that I analyze the device and render an independent opinion regarding its nature. This document records my analysis, findings, and opinion.

The device I received from DIRECTV counsel appears in Figure 1. It is a small electronic device, containing a few chips including an Atmel AT90S2313 microprocessor, and two unmarked LEDs. The circuit board bears the text, "rev 2.2", but no other distinguishing markings.



*Figure 1: The WT2 Unlooper device, with a DIRECTV access card inserted.*
*(The wire in the lower left corner is an identification tag added by the author).*

The back side of the WT2 Unlooper appears in Figure 2.

Overall, the WT2 Unlooper appears professionally designed and constructed.

*Page 2 of 18*

*WT2 Unlooper*                                              *October 31, 2003*



*Figure 2: The back side of the WT2 Unlooper device.*

During my analysis, I performed a visual and electrical examination of the WT2 Unlooper device. I also explored the device's compatibility with several software and firmware programs used by the DIRECTV theft community to intercept DIRECTV broadcasts without paying for them. Finally, I performed Internet searches using the Google[1] search engine and archives of several DIRECTV pirate websites, to evaluate how and where the WT2 Unlooper device is sold and used.

I referred to a number of public documents during my analysis of the WT2 Unlooper. References to those documents are included in footnotes and citations, as appropriate.

---

1   http://www.google.com

*WT2 Unlooper*                                                      *October 31, 2003*

## Evidence and Analysis

**Evidence: The WT2 Unlooper contains specialized circuitry that is only useful for glitching a DIRECTV conditional access card. This circuitry has no legitimate use.**

Figure 3 is a portion of the electrical schematic for the WT2 Unlooper. I produced this schematic after careful examination of the device that appears in Figure 1.



*Figure 3: Partial schematic diagram for the WT2 Unlooper device.*

In the WT2 Unlooper schematic, the components labeled LM358 and 744053 form a specialized circuit that delivers a glitch to an inserted DIRECTV access card. A *glitch* is an intentional, momentary, controlled power interruption that induces a malfunction in the operation of the card. For purposes of DIRECTV theft, a successful glitch induces a malfunction that circumvents the card's security controls. Once these controls have been circumvented, the holder of the card can view DIRECTV broadcasts without paying for them.

The WT2's glitching circuit does not appear in any standard, ISO7816-compliant smart

*Page 4 of 18*

*WT2 Unlooper*                                                    *October 31, 2003*

card reader that I have studied. In fact, this circuit is neither required, recommended nor condoned by any relevant ISO7816 standard because it produces voltages capable of damaging or destroying a smart card.



*Figure 4: The WT2 Unlooper glitches a DIRECTV HU card.*

Figure 4 shows a glitch delivered by the WT2 Unlooper to my DIRECTV access card. I obtained this image using an oscilloscope in the setup shown in Figure 5. A closeup of the setup showing the connections between the WT2 Unlooper and the oscilloscope appears in Figure 6.

*WT2 Unlooper*                                                                    *October 31, 2003*



*Figure 5: Observing the WT2 Unlooper with an oscilloscope.*

In this glitch, the power supply voltage to the card (CAM-VCC in the schematic, the top line in Figure 4) drops from 4.7V to approximately 2.5V. This voltage level is well below the minimum 4.5V specified for ISO7816-compliant smart cards like the DIRECTV conditional access card, which causes the card to briefly malfunction. The bottom line in Figure 4 shows the CAM-CLK signal, which is also affected during the glitch.

In the legitimate smart card community, the glitching technique used by DIRECTV hackers to circumvent DIRECTV security controls is known as an *induced error attack*. This attack is briefly described in [GUTHREY]:

*WT2 Unlooper*                                                           *October 31, 2003*

"An attack on a smart card's security system... by
subjecting the card to unusual environmental
conditions such as temperature, voltage, microwave
radiation, and so on..." [p. 325]



*Figure 6: Closeup showing oscilloscope connections to the WT2 Unlooper.*

As described in [RANKL], the target card in an induced error attack may exhibit one or
more resulting behaviors, including the skipping of instructions in the firmware program
inside the card's microprocessor[2]. If the skipped instructions are related to the card's
security features, then those security features may be defeated by the attack. This is in
fact the case for DIRECTV access cards targeted by WT2 Unlooper users, and is the
means by which those users circumvent DIRECTV conditional access controls to view
DIRECTV broadcasts without paying for them.

---

2   See p. 416-417.

*WT2 Unlooper*                                                        *October 31, 2003*

A theoretical argument has been proposed by members of the DIRECTV theft community in support of an induced error attack, as a means to "repair" a smart card that has been damaged by a programming error during development[3]. A significant flaw in this argument is that its implementation requires violating ISO7816 smart card standards in a way that risks destruction of the target card. An even bigger flaw is that the outcome of an induced error attack is only repeatable for a very specific set of target cards, like DIRECTV H and HU cards. The general result is unpredictable.

Because the general outcome of an induced error attack is at best unpredictable, and at worst destructive to the target card, broad utility of a "smart card repair" capability implemented by means of an induced error attack is technically infeasible and without merit in the legitimate smart card community. An induced error attack is not recommended, required, or condoned by ISO7816, and no legitimate commercial devices I have studied provide the means to deliver a glitch to a smart card for any purpose.

The DIRECTV theft community's argument in support of smart card "repair" based on induced errors is a conceptual contrivance, in an attempt to render legitimacy to unlooper devices like the WT2 Unlooper. From an engineering perspective, there is no sanctioned application for the glitching abilities of the WT2 Unlooper.

**Evidence: The WT2 Unlooper is electrically equivalent to several other unlooper devices known to facilitate circumvention of DIRECTV conditional access controls.**

The WT2 Unlooper is electrically equivalent to the *Terminator Unlooper* device, which I have previously analyzed and determined to be designed specifically for circumvention of DIRECTV conditional access controls [TERMUL]. For reference, a partial electrical

---

3   See http://www.legal-rights.org/DTV/unlooper.html and http://www.legal-rights.org/DTV/dpbb.html
    for two widely-quoted texts. Note that the owner of this website, and presumably the author of these
    documents, has been charged with the sale of DIRECTV pirate devices.

*WT2 Unlooper*                                                          *October 31, 2003*

schematic for the Terminator Unlooper appears in Figure 7.



*Figure 7: Partial schematic diagram for the Terminator Unlooper device.  It is electrically equivalent to the WT2 Unlooper.*

The electrical design for the Terminator Unlooper is not public information, and is not the result of adherence to any public design standard.  Furthermore, the relative sophistication of both the WT2 Unlooper and the Terminator Unlooper devices makes a coincidental similarity highly unlikely.  The equivalence between the WT2 Unlooper and the Terminator Unlooper is therefore intentional, likely achieved by close cooperation between the designers of the two products (or a common third product), or a technical reverse-engineering effort.

Like the Termintator Unlooper, the design features of the WT2 Unlooper allow it to operate with an extensive collection of specialized firmware and software programs designed solely for theft of DIRECTV products.  These programs have no legitimate purpose.

**Evidence: The WT2 Unlooper is compatible with specialized software and firmware**

*WT2 Unlooper*                                              *October 31, 2003*

**programs that circumvent DIRECTV security controls. These programs have no purpose other than to facilitiate surreptitious viewing of DIRECTV broadcasts.**

The WT2 Unlooper provided to me was preprogrammed with a firmware program called *UL4S*. UL4S is a powerful and modern development in the DIRECTV hacking community, capable of defeating the security features in DIRECTV HU cards when used in conjunction with a software program called *ExtremeHU*[4]. Figure 8 is a screen snapshot of ExtremeHU version 3.5a using the WT2 Unlooper and UL4S to read the status of my DIRECTV HU card.

---

4   http://www.dssftp.com/filedownload/download/extre35afull.zip

*WT2 Unlooper*                                                                              *October 31, 2003*



*Figure 8: ExtremeHU works with the WT2 Unlooper.*

Figure 9 shows the ExtremeHU screen after the WT2 Unlooper has circumvented the security features of that same card. ExtremeHU is the DIRECTV theft community's primary tool for circumventing the security features of DIRECTV HU cards.

The WT2 Unlooper is also compatible with another firmware program used for DIRECTV theft, known as *WT2BS01*. WT2BS01 firmware defeats the security features of DIRECTV H cards that were disabled by DIRECTV's *Black Sunday* ECM. Figure 10 is a screen snapshot during a session with a software program called *BasicH*[5], and the WT2 Unlooper running WT2BS01 firmware. The WT2 Unlooper's glitching circuitry successfully revived a DIRECTV H card that had been rendered inoperable by Black Sunday, allowing BasicH to resume operations with the card. BasicH is one of the DIRECTV theft community's tools for circumventing the security features of DIRECTV

---

5   http://www.dssfilexchange.com/files872/BasicH33.ZIP

*WT2 Unlooper*                                                   *October 31, 2003*



*Figure 9: ExtremeHU and the WT2 Unlooper circumvent DIRECTV access controls.*

H cards.

ExtremeHU is a sophisticated software program that utilizes a proprietary communications protocol that is not publically documented.  Compatibility between ExtremeHU and the WT2 Unlooper running UL4S is therefore intentional, likely achieved by careful coordination with ExtremeHU's developers or an extensive reverse-engineering effort.  It is not the coincidental result of adherence to any known public design standard.

*WT2 Unlooper*                                                              *October 31, 2003*



*Figure 10: BasicH works with the WT2 Unlooper.*

The WT2 Unlooper's compatibility with BasicH is the result of the WT2 Unlooper's successful emulation of a *dumbmouse* smart card reader device, which is the only type of reader that BasicH is designed to support. Dumbmouse readers are widely used in the DIRECTV hacking community, but the design of a dumbmouse device will not circumvent the security features installed in H cards by the Black Sunday ECM. The WT2 Unlooper's glitching circuitry defeats the Black Sunday ECM, allowing BasicH to resume communications with the otherwise useless card.

**Evidence: The specialized software and firmware programs that circumvent DIRECTV security controls do not work with legitimate smart card devices. They require the glitching and other capabilities of devices like the WT2 Unlooper.**

In the setups above, I replaced the WT2 Unlooper with a legitimate smart card reader, the

*WT2 Unlooper*                                                          *October 31, 2003*

Advanced Card System Ltd.'s *ACR30S-CFC*[6] device. ExtremeHU immediately ceased to function, claiming that it was unable to identify any compatible card reader device. BasicH likewise failed to function, stating, "Reset failed!". Clearly, both ExtremeHU and BasicH depend on the technical features of devices like the WT2 Unlooper, and are useless with legitimate smart card hardware.

**Evidence: The WT2 Unlooper is clearly marketed for its DIRECTV circumvention capabilities, and is not marketed for any legitimate use.**

According to DIRECTV counsel, the source of the WT2 Unlooper I analyzed is *Triton Electronic Systems, Inc.*, a Canadian corporation. Their website is at http://www.watchintv.com.

Triton's website does not currently refer to the *Wildthing! 2* (WT2) Unlooper as of the date of this report, but does refer to what appears to be a later product, the *Wildthing! A.I.* (WTAI) unlooper. Although I have not reviewed the WTAI device, its product literature[7]--- including a user review[8]--- clearly defines it as an unlooper device.

Archives of Triton's website in the Wayback Machine[9] are more informative. Triton's home page as of March 2, 2001 refers explicitly to the WT2 Unlooper[10], and claims that the device can, "Repair damaged Euro and Magi Oct. 6 ECM'd cards along with other never used ECM tactics from DTV with ease", and, "Clone ANY card no matter what is on it". Triton also offers a trade-in offer for "Original Wildthing Owners", referring to Triton's predecessor to the WT2 unlooper device.

---

6   http://www.acs.co.hk
7   http://www.watchintv.com/article.php?sid=18
8   http://www.watchintv.com/modules.php?op=modload&name=Reviews&file=index&req=showcontent
    &id=1
9   http://web.archive.org
10  http://web.archive.org/web/20010226181658/http://www.watchintv.com/

*WT2 Unlooper*                                                                 *October 31, 2003*

WT2 documentation provided by Triton does not in any way claim that the WT2 Unlooper is a generic device.   In fact, references to DIRECTV ECMs named "Euro" and "Magi" clearly associate the device with DIRECTV theft.  Claims in the documentation for the original WT device, which is linked to by the WT2 literature, are even more ominous.  They include statements like, "... [the WT device] proved to be the state of the art weapon against ECM attacks".

With such clear marketing towards DIRECTV theft, a novice smart card user would not be likely to associate any kind of legitimate capability with either the WT2 Unlooper, or the original WT device.

The WT2 Unlooper was an early entry into the DIRECTV theft device market, and a number of imitations appeared shortly after its introduction.  Today, most unloopers still claim equivalence with the WT2 design as an indicator of their utility for circumventing DIRECTV security features.

One such device is the *T911 Loader*[11].  Marketing literature for the T911 includes the statement:

```
Fully in-line flashable to every known code
(P3/SU2/WT/WTX/WT2)
```

This statement assures the purchaser that the design of the T911 is electrically equivalent to the WT2 Unlooper, including the ability to run WT2 firmware programs.  In other words, the device is indeed an unlooper, intended for circumvention of DIRECTV security controls for the purpose of viewing DIRECTV broadcasts without paying for them.

---

11  http://www.dssexpress.tv/t911-loader.html.

## Findings

Based on the evidence and analysis presented above, I find that the WT2 Unlooper can be used to circumvent DIRECTV conditional access controls. Specifically, the WT2 Unlooper can be used with ExtremeHU and BasicH to create a system that defeats the security features in DIRECTV H and HU access cards.

I further find that the WT2 Unlooper is electrically equivalent to a number of other devices that are designed for circumvention of DIRECTV conditional access controls. These devices include the Terminator Unlooper, which I have already analyzed and determined to be designed for theft of DIRECTV products via circumvention of DIRECTV conditional access controls.

I find that the compatibility I observed between the WT2 Unlooper and a number of software and firmware programs used throughout the DIRECTV theft community is not the result of adherence to any known public interface or design standard, and is a highly improbable coincidence. The compatibility I observed is in fact the result of a deliberate effort by the developers of the WT2 Unlooper device.

Upon review of these findings, I conclude that the WT2 Unlooper device is designed for the purpose of circumventing DIRECTV conditional access controls. By circumventing these controls, the WT2 Unlooper enables the user to view DIRECTV broadcasts without paying for them.

## Documents

During my analysis, I reviewed and had at hand the following documents:

[RANKL]      Rankl, Wolfgang and Wolfgang Effing. Smart Card

*Page 16 of 18*

Handbook, Second Edition. John Wiley & Sons. 2000. ISBN 0-471-98875-8.

[GUTHREY]  Guthrey and Jurgensen. Smart Card Developer's Kit. Macmillan Technical Publishing USA. 1998. ISBN 1-57870-027-2.

[CHOSSIER]  Chossier and Foster. The PC Handbook. Annabooks. 1998. ISBN 0-929392-36-1.

[AT90S2313]  "AT90S2313 Microcontroller" (Datasheet). Atmel Corporation. Revision 6/2000.

[SP231A]  "SP231A Enhanced RS-232 Line Drivers" (Datasheet). Sipex Corporation. 2000.

[74HCT04]  "74HCT04 Hex Inverter" (Datasheet). Philips Corporation. June 2003.

[SN7407]  "SN7407 Hex Buffer" (Datasheet). Texas Instruments Corporation. December 2002.

[74HCT00]  "74HCT00 Quad NAND Gate" (Datasheet). Philips Corporation. June 2003.

[74HCT4053]  "74HC/HTT4053 Triple 2-Channel Analog Multiplexer/Demultiplexer" (Datasheet). Philips Corporation. December 1990.

[TERMUL]  "Expert Report: The Terminator Unlooper". Bill Gatliff. September 24, 2003.

*WT2 Unlooper*                                                    *October 31, 2003*

[WT2FW]    "Expert Opinion: WT2 Code".  Bill Gatliff. October 28,
           2003.

## Signature

**Respectfully submitted,**

_____     _____     _____
Author's Name (Printed)            Signature              Date

/home/bgat/directv/wt2_unlooper/wt2_unlooper.sxw

*Page 18 of 18*

*WT2 Unlooper*                                                    *October 31, 2003*

[WT2FW]    "Expert Opinion: WT2 Code".  Bill Gatliff. October 28, 2003.

## Signature

Respectfully submitted,

BILL GATLIFF _____    _____    10/31/2003
Author's Name (Printed)              Signature              Date

/home/bgat/ldnactv/wt2_unlooper/wt2_unlooper.srw