STATE OF CALIFORNIA   §
                     §
COUNTY OF LOS ANGELES §

### AFFIDAVIT OF CAROL FONG-HILTON IN SUPPORT OF SUMMARY JUDGMENTT

BEFORE ME, the undersigned authority, on this day personally appeared Carol Fong-Hilton, who is personally known to me, and being first duly sworn according to law, upon her oath, deposed and said:

My name is Carol Fong-Hilton. I am over the age of eighteen (18) years of age and reside in Los Angeles County, California. I am currently employed as a Supervisor in DIRECTV's End User Development Group. My responsibilities include supporting DIRECTV's anti-piracy efforts. I have been employed by DIRECTV for over 4 years. I am a custodian or other qualified witness. I have personal knowledge of each of the matters stated herein, and, if called, would testify as follows:

Attached to this Affidavit as **Exhibit 1** and incorporated herein by reference is a true and correct copy of the DIRECTV account records for Defendant, Leonel Martinez's DIRECTV account number 18190580.

It is the regular course of business of DIRECTV, Inc. to maintain a computerized records system of all customer accounts. The computerized records system includes information from communications with the subscriber or their system, as well as information regarding the equipment used by the subscriber, payments received from the subscriber, and an account history

1


EXHIBIT "C"

reflecting the level of services requested by the subscriber (including pay-per-view events ordered by the subscriber). The entries made in DIRECTV, Inc.'s computerized records system are made by DIRECTV, Inc.'s employees, who are trained in the procedure for entering data into the computerized records system, or include information downloaded from the subscriber's system.

The computerized records system is kept by DIRECTV, Inc. in the course of its regularly conducted business activities, and it is the regular course of business for an employee or representative of DIRECTV, Inc. with knowledge of the event, or from information transmitted by a person with knowledge of the event, or from information transmitted from the subscriber's system, to input data recording such event into the computerized records system at or near the time of the event or reasonably soon thereafter.

FURTHER, AFFIANT SAITH NOT.

EXECUTED ON THIS ___16___ DAY OF AUGUST, 2004.

                                                    Carol Fong-Hilton

SUBSCRIBED AND SWORN TO BY _Carol Fong-Hilton_, BEFORE ME, THE UNDERSIGNED AUTHORITY ON THIS _16_ DAY OF AUGUST, 2004.

                                                    Notary Public in and for
                                                    The State of California

[Notary Seal: WENDY PAOLA GOMEZ-CASTILLO, Commission # 1452309, Notary Public - California, Los Angeles County, My Comm. Expires Nov 21, 2007]

2


PLAINTIFF'S EXHIBIT 1

| CUST_CUST_ACCT_NBR | PRIMARY_ACCT_TY | ACCT_ST | CUSTOMER BILL_NAME | BILL_ADD | BILL_ADD BILL_CITY | BILL_STA |
|---|---|---|---|---|---|---|
| 1E+07  18190580 | DTV | REG | PEND | 2 LEONEL MARTINEZ | 16292 MAYFIELD RD | HARLINGE TX |
| 3E+07  22532780 | DTV | REG | PEND | 2 LEO MARTINEZ | 16292 MAYFIELD RD | HARLINGE TX |
| 3E+07  24234025 | DTV | REG | ACTV | 2 LEONEL MARTINEZ | 16292 MAYFIELD RD | HARLINGE TX |

| BILL_ZIP | BILL_BUS | BILL_COUBILL_TO | BUSINESS SVC_NAM | SVC_ADD | SVC_ADD | SVC_CITY | SVC_STAT | SVC_ZIP | CSS_IND | HOME_AR |
|---|---|---|---|---|---|---|---|---|---|---|
| 78552 | N | USA | N | | 0 LEONEL M | 16292 MAYFIELD RD | HARLINGE | TX | 78552 | N | 956 |
| 78552 | N | USA | N | | 0 LEO MAR1 | 16292 MAYFIELD RD | HARLINGE | TX | 78552 | N | 956 |
| 78552 | N | USA | N | 9.56E+09 | LEONEL M | 16292 MAYFIELD RD | HARLINGE | TX | 78552 | N | 956 |

| HOME_PH | MINIMUM_ | ACCT_CREATE_DT | ACCT_CO | ACCT_AC | ACCT_DIS | LAST_BIL | LAST_BIL | DEALER_I | DEALER_ | DEALER_S | DEALER_ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4257193 | 0 | 08FEB2000:00:00:00 | 17NOV185 | 17NOV185 | 17NOV185 | 0 | 0 | 1694109 | RADIO SH | 100 THROCKM | |
| 4257193 | 0 | 12JAN2002:00:00:00 | 17NOV185 | 17NOV185 | 17NOV185 | 0 | 0 | 0 | UNKNOWN DEALER | | |
| 4257193 | 3 | 22NOV2002:00:00:00 | 23NOV200 | 23NOV200 | 17NOV185 | 23AUG200 | 61.71 | 1709617 | HI TECH C | 300 E EXP 83 | |

| DEALER_ | DEALER_ | DEALER_ | DEALER_ | DEALER_ | DEALER_ | DEALER_ | DEALER_FAX |
|---|---|---|---|---|---|---|---|
| FORT WO TX | 76102 | A | A | A | STORE MANAGER | (800) 843- Unknown | (000) 000-0 (000) 000-0000 |
| PHARR TX | 78577 | A | A | A | ENRIQUE MOLINA | (956) 283-( | (956) 283-8512 |