SHJD000440 ,LEONEL,MARTINEZ,16292 Mayfield Road, ,Harlingen,Texas,78552, ,Shanty Evidence

| | |
|---|---|
| Name | LEONEL MARTINEZ |
| First Name | LEONEL |
| Last Name | MARTINEZ |
| Address | 16292 MAYFIELD ROAD |
| City | HARLINGEN |
| State | TEXAS |
| Zip | 78552 |
| Country | USA |
| Cardnumber | 4427XXXXXXXX9965 |
| Expiration Date | 0101 |
| Message | APPROVED 082029 |
| OrderNumber | W43276819 |
| Email Address | nukman1_@hotmail.com |
| AVS Message | Yes - exact match on address and Zip Code |
| Ship Name | Leonel Martinez |
| Ship Address | 16292 Mayfield Road |
| Ship City | Harlingen |
| Ship State | Texas |
| Ship Zip | 78552 |
| Ship Country | USA |
| Telephone | 956-425-7193 |
| Fax | NONE |
| Tax | $24.58 |
| Shipping | $9.00 |
| Total Amount | $331.58 |
| Reference | 0453318230 |
| Date | 9/4/2000 2:48:00 PM |

| Part Number | Part Description | Part |
|---|---|---|
| Quantity | Part Price | |
| N210 99 | Netsignia 210 Programmer | 1 |
| SCOR 199 | Scorpion Wildthing II Unlooper | 1 |

**EXHIBIT**

"D"