IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 27 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DIRECTV, Inc., | § |
| Plaintiff, | § |
| v. | § No. CIV. B-03-214 |
| LEONEL MARTINEZ | § |
| Defendant. | § |

## MOTION TO WITHDRAW ADDITIONAL COUNSEL OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, DirecTV, and the firm of Greer, Herz & Adams, LLP, and file this Motion to Withdraw Attorney Robert A. Swofford as additional counsel of record, and in support thereof would show the Court as follows:

I.

Robert A. Swofford is no longer an Attorney with the firm of Greer, Herz & Adams. Counsel for DirecTV requests that Robert A. Swofford be permitted to withdraw as additional counsel for Plaintiff, DirecTV, in this cause. Lecia L. Chaney with Rodriguez, Colvin, Chaney & Saenz, LLP and Greer, Herz & Adams, LLP will continue to represent Plaintiff in this litigation.

II.

This withdrawal is not made for purposes of delay, and no party to this lawsuit will be prejudiced by it.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, DirecTV, and the firm of Greer, Herz & Adams, LLP respectfully request the Court to grant their Motion for Withdrawal of Attorney Robert A. Swofford of all further responsibilities with regard to Plaintiff, DirecTV, in this matter.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, LLP

By: /s/ Lecia L. Chaney
Lecia L. Chaney
Attorney in Charge
Federal ID No. 16499
Texas State Bar No. 00785757
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telefax    : (956) 541-2170

ATTORNEY IN CHARGE FOR PLAINTIFF,
DIRECTV, INC.

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx  77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

## CERTIFICATE OF CONFERENCE

Counsel for Defendant Martinez has been contacted and he is not opposed to this Motion.

Dated this __27__ day of September, 2004.

_____
Lecia L. Chaney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record by first class mail, certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Federal Rules of Civil Procedure on this the __27__ day of September, 2004.

**Juan "Sonny" Palacios, Jr.**
Garcia, Quintanilla & Palacios
5526 North Tenth Street
McAllen, Tx 78504
*Attorney for Defendant Leonel Martinez*

_____
Lecia L. Chaney