IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| Plaintiff, | § | |
| v. | § | No. CIV. B-03-214 |
| LEONEL MARTINEZ | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION TO WITHDRAW ADDITIONAL COUNSEL OF RECORD

On this day the Court considered the Motion to Withdraw Additional Counsel of Record filed by Plaintiff, DirecTV, and Greer, Herz & Adams, LLP. After considering the motion, the Court is of the opinion that the motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Motion to Withdraw Additional Counsel for Plaintiff, DirecTV, is hereby granted, and Robert A. Swofford is hereby withdrawn as additional Counsel for Plaintiff, DirecTV.

SIGNED FOR ENTRY on this _____ day of _____, 2004.

_____
PRESIDING JUDGE