IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
OCT 27 2004
Michael N. Milby, Clerk of Court

| | |
|---|---|
| DIRECTV, Inc., § | |
| Plaintiff, § | |
| v. § | No. CIV. B-03-214 |
| LEONEL MARTINEZ § | |
| Defendant. § | |

## MOTION TO CONTINUE FINAL PRE-TRIAL AND JURY SELECTION AND EXTENSION TO FILE JOINT PRE-TRIAL ORDER
### (UNOPPOSED)

DIRECTV files this its Motion to Continue Pre-Trial Conference and Jury Selection as well as an extension of time to file the parties Joint Pre-Trial Order for the following reasons:

Currently, this matter is set for final pre-trial and jury selection on November 2nd and November 4th, respectively. Plaintiff and Defendant, Leonel Martinez, are currently involved in settlement negotiations. The Parties request an extension on the above deadlines so unnecessary time and resources are not expended, making settlement more difficult. An extension of sixty (60) to ninety (90) days is requested.

WHEREFORE, DIRECTV requests that this Motion for Continuance and Extension of Time be granted and that the Final Pre-Trial Conference and Jury Selection in this matter be reset for a date certain in the future. DIRECTV also requests an extension of time to file its Joint Pre-Trial Order for the reasons set forth herein.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, LLP

By: _____
Lecia L. Chaney
Attorney in Charge
Federal ID No. 16499
Texas State Bar No. 00785757

Christopher E. Moore
State Bar No. 24011075
Fed. I.D. #36611

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telefax   : (956) 541-2170

ATTORNEY IN CHARGE FOR PLAINTIFF,
DIRECTV, INC.

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx 77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

## CERTIFICATE OF CONFERENCE

Counsel for Defendant Martinez has been contacted and he is not opposed to this Motion.

Dated this 26th day of October, 2004.

_____
Lecia L. Chaney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record by first class mail, certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Federal Rules of Civil Procedure on this the 26th day of October, 2004.

**Juan "Sonny" Palacios, Jr.**
Garcia, Quintanilla & Palacios
5526 North Tenth Street
McAllen, Tx 78504
*Attorney for Defendant Leonel Martinez*

_____
Lecia L. Chaney