IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| Plaintiff, | § | |
| v. | § | No. CIV. B-03-214 |
| LEONEL MARTINEZ | § | |
| Defendant. | § | |

## ORDER

Plaintiff's Motion for a Continuance of the November 2, 2004 Final Pre-Trial Conference and November 4, 2004 Jury Selection and Extension of Joint Pre-Trial Order has been received and considered. The Court finds that the Motion has merit and should be GRANTED.

It is therefore ORDERED, ADJUDGED & DECREED that the Joint Pre-Trial Order is now due on the _____ day of _____, 2004.

Final Pre-Trial is rescheduled for the _____ day of _____, 2004 at _____ o'clock a.m./p.m. and Jury Selection is rescheduled <u>for the</u> day <u>of</u> _____, 2004 at _____ o'clock a.m./p.m.

Signed this _____ day of _____, 2004 in Brownsville, Texas.

_____
PRESIDING JUDGE