United States District Court
Southern District of Texas
ENTERED

NOV 0 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DIRECTV, Inc., §
§
    Plaintiff, §
§
v. § No. CIV. B-03-214
§ (636(c))
LEONEL MARTINEZ §
§
    Defendant. §

### ORDER

Plaintiff's Motion for a Continuance of the November 2, 2004 Final Pre-Trial Conference and November 4, 2004 Jury Selection and Extension of Joint Pre-Trial Order has been received and considered. The Court finds that the Motion has merit and should be GRANTED.

It is therefore ORDERED, ADJUDGED & DECREED that the Joint Pre-Trial Order is now due on the __14TH__ day of __JANUARY__, 2005.

Final Pre-Trial is rescheduled for the __1ST__ day of __FEBRUARY__, 2005 at __2:00__ o'clock p.m. and Jury Selection is rescheduled for the 3rd day of __FEBRUARY__, 2005 at __9:00__ o'clock a.m.

Signed this __29TH__ day of __OCTOBER__, 2004 in Brownsville, Texas.

_____
PRESIDING JUDGE
**FELIX RECIO, UNITED STATES MAGISTRATE JUDGE**