IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. CIV. B-03-214 |
| LEONEL MARTINEZ | § § § | |
| Defendant. | § § | |

## PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE

Plaintiff DIRECTV, Inc. ("DIRECTV") respectfully submits this Motion for Continuance of the final pre-trial and trial and in support shows the following:

### I.

Currently, this matter is set for final pre-trial and trial on February 1, 2005 and February 3, 2005, respectively. The Parties have resolved this matter and are in the process of finalizing settlement documents. Plaintiff therefore requests that it be afforded an additional thirty (30) days to finalize this settlement at which time dismissal documents will be filed with the court. Defendant is unopposed to this Motion.

### V. PRAYER

For the foregoing reasons, DIRECTV, Inc. respectfully requests that this Court grant its Motion for Continuance and for all such other legal or equitable relief to which DIRECTV, Inc. may show itself entitled.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, LLP

By:   /s/ Lecia Chaney
    **Lecia L. Chaney**
    Attorney in Charge
    Federal ID No. 16499

Texas State Bar No. 00785757
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone:  (956) 542-7441
Telefax    :  (956) 541-2170

ATTORNEY IN CHARGE FOR PLAINTIFF, DIRECTV, INC.

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx  77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

## CERTIFICATE OF CONFERENCE

Counsel for Defendant Martinez has been contacted and he is not opposed to this Motion.

Dated this 31st day of January, 2005.

_____/s/ Lecia Chaney_____
Lecia L. Chaney

## CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record by first class mail, certified mail, return receipt requested, facsimile or electronic transmission, and/or hand delivery pursuant to the Federal Rules of Civil Procedure on this the 31st day of January, 2005.

**Juan "Sonny" Palacios, Jr.**
Garcia, Quintanilla & Palacios
5526 North Tenth Street
McAllen, Tx  78504
*Attorney for Defendant Leonel Martinez*

        /s/ Lecia Chaney
        Lecia L. Chaney