## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **DIRECTV, Inc.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No.  CIV. B-03-214** |
| | § | |
| **LEONEL MARTINEZ** | § | |
| | § | |
| **Defendant.** | § | |

## <u>ORDER GRANTING CONTINUANCE</u>

After considering Plaintiff, DIRECTV, Inc.'s, Unopposed Motion for Continuance, the Court finds that the Motion has merit.  Accordingly, the Motion is granted and it is therefore,

ORDERED that the final pre-trial and trial on this matter shall be continued from their current dates of February 1, 2005 and February 3, 2005, respectively;

Further it is ORDERED that a status conference on this matter shall be held on the _____ day of _____, 2005 at _____ a.m./p.m. to apprise the court of the status of the settlement.

DONE this _____ day of _____, 2005 in McAllen,  Texas.

_____

UNITED STATES JUDGE