IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| Plaintiff, | § | |
| v. | § | No. CIV. B-03-214 |
| LEONEL MARTINEZ | § | (636(c)) |
| Defendant. | § | |

### ORDER GRANTING CONTINUANCE

After considering Plaintiff, DIRECTV, Inc.'s, Unopposed Motion for Continuance, the Court finds that the Motion has merit. Accordingly, the Motion is granted and it is therefore,

ORDERED that the final pre-trial and trial on this matter shall be continued from their current dates of February 1, 2005 and February 3, 2005, respectively;

Further it is ORDERED that a status conference on this matter shall be held on the __1st__ day of __March__, 2005 at __2:00__ a.m./p.m. to apprise the court of the status of the settlement.

DONE this __1st__ day of __February__, 2005 in ~~McAllen~~ Brownsville, Texas.

_____
UNITED STATES JUDGE

ORDER GRANTING MOTION TO CONTINUE                                        SOLO PAGE