IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| Plaintiff, | § § § | |
| V. | § | No. CIV. B-03-214 |
| | § | |
| LEONEL MARTINEZ, | § | |
| Defendant. | § § | |

## AGREED JUDGMENT AS TO DEFENDANT LEONEL MARTINEZ

On this day, came on to be heard the above entitled and numbered cause, wherein DIRECTV, Inc. is the Plaintiff and Leonel Martinez is the Defendant.

DIRECTV, Inc., by its attorney, and Leonel Martinez, Defendant, by attorney, Juan S. Palacios, announce to the Court that they have resolved their controversy and have reached an Agreed Judgment herein without any party admitting any liability or culpability with regard to the controversy, and the Court, having considered same, is of the opinion that it should be granted. It is, therefore,

ORDERED, ADJUDGED AND DECREED that the Plaintiff, DIRECTV, Inc., shall have and recover from the Defendant, Leonel Martinez, judgment as follows:

1. The sum of $10,000.00 as damages incurred by DIRECTV, Inc.;

2. Post judgment interest at the rate of ___ percent (___%) per year from the date of this agreed judgment until paid;

3. DIRECTV, Inc. shall have all writs of execution and other process necessary to enforce this judgment.

SIGNED this _____ day of _____, 2005.

_____
**UNITED STATES DISTRICT JUDGE**

**APPROVED AS TO FORM AND SUBSTANCE:**

By: _/s/ Lecia Chaney_____
Lecia Chaney
Rodriguez Colvin & Chaney, L.L.P.
1201 East Van Buren Street
P.O. Box 2155
Brownsville, TX 78552-2155
Tel (956) 542-7441
Fax (956) 541-2170

ATTORNEY FOR PLAINTIFF
DIRECTV, INC.

By: _/s/ Juan S. Palacios w/ permission by L. Chaney_
Juan S. Palacios
Garcia & Quintanilla, P.C.
5525 N. 10th Street
McAllen, TX 78504
Tel (956) 682-9477

ATTORNEY FOR DEFENDANT
LEONEL MARTINEZ