IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 9 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DIRECTV, Inc., § § | |
| Plaintiff, § § § | No. CIV. B-03-214 |
| v. § § | (636(c)) |
| LEONEL MARTINEZ § § | |
| Defendant. § | |

## AGREED JUDGMENT AS TO DEFENDANT LEONEL MARTINEZ

On this day, came on to be heard the above entitled and numbered cause, wherein DIRECTV, Inc. is the Plaintiff and Leonel Martinez is the Defendants.

DIRECTV, Inc., by its attorney, and Leonel Martinez, by his attorney, Juan S. Palacios, announce to the Court that they have resolved their controversy and have reached an Agreed Judgment herein without any party admitting any liability or culpability with regard to the controversy, and the Court, having considered same, is of the opinion that it should be granted. It is, therefore,

ORDERED, ADJUDGED AND DECREED that the Plaintiff, DIRECTV, Inc. shall have and recover from the Defendant, Leonel Martinez, judgment as follows:

1. The sum of $10,000.00 as damages incurred by DIRECTV, Inc.;
2. Post judgment interest at the rate of __3.20__ percent (__3.20__ %) per year from the date of this agreed judgment until paid.

3. DIRECTV, Inc. shall have all writs of execution and other process necessary to enforce the judgment.

SIGNED this 9th day of March, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

By: _____
Lecia L. Chaney
Rodriguez, Colvin, Chaney & Saenz, LLP
1201 E. Van Buren
P.O. Box 2155
Brownsville, Tx 78522-2155
Tel:  (956) 542-7441
Fax:  (956) 541-2170
ATTORNEY FOR PLAINTIFF DIRECTV, INC.

By: _____ (w/permission by L. Chaney)
Juan "Sonny" Palacios
Garcia, Quintanilla & Palacios
5526 North Tenth St.
McAllen, Tx 78504
Tel:  (956) 682-9477
Fax:  (956) 682-0223
ATTORNEY FOR DEFENDANT LEONEL MARTINEZ